```
                                                    FILED
                                              08 FEB 29 PM 12: 32
Chad McKinney
Pro Se                                        CLERK. U.S. DISTRICT COURT
6266 Madeline St Apt #61                      SOUTHERN DISTRICT OF CALIFORNIA
San Diego, CA 92115
619-634-3566                                  BY    CP         DEPUTY
```

# THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD MCKINNEY, an individual, | CIV. Case No.07-cv-2373 **WQH CAB** |
| | FOR VIOLATION OF FEDERAL FALSE CLAIMS ACT AND FOR VIOLATION OF THE THE CIVIL RIGHTS ACT 1964 AND THE AMENDMENTS TO TITLE VII OF THE CIVIL RIGHTS ACT OF 1991 |
| Plaintiff, | |
| | RETALIATION- WRONGFUL TERMINATION & EMPLOYENT DISCRIMINATION CIVIL ACTION |
| v. | |
| APOLLO GROUP INC., UNIVERSITY OF PHOENIX, a Corporation, MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employee Relations Consultant at UNIVERSITY OF PHOENIX CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX | **Plaintiff's Motion for Default Judgment** |
| | Demand for Trial By Jury Pursuant to U.S. Constitution, 7th Amendment |
| | February 29, 2008 |
| Defendants | |

1

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and any other relevant Federal Rule of Civil Procedure pertaining to this case, plaintiff Chad McKinney, Pro Se, respectfully moves the Court to enter a default judgment against the defendant Apollo Group Inc, a.k.a. the University of Phoenix, in the amount of $250,000 since the Defendant has failed to plead or otherwise defend themselves against the plaintiff's original complaint within the timeframe required by the Federal Rules of Civil procedure. The Complaint was originally filed with the Court on December 19th 2007 and entered December 20th. The defendant was served on January 31st, 2008. (Please see copy of Return of Service).

In support of this motion, the Plaintiff states with supporting evidence:

1. This complaint was filed on December 19, 2007
2. This complaint was served on January 31, 2008
3. As of the 28st of February 2008, the Defendant is late 8 days.
4. The plaintiff's complaint requests punitive damages of $250,000, so a default judgment in this amount should be deemed reasonable.
5. Said defendant is not an infant or incompetent, but a large corporation who was given ample time to respond within the timeframe required by the Federal Rules of Civil Procedure. No extra time was requested by the defendant nor granted by the Court.

1  WHEREFORE, the Plaintiff respectfully request that this Court issue and Order a Default

2  Judgment against the Defendant in the amount of $250,000 to reasonably cover the damages

3  incurred by the plaintiff.

5  Respectfully submitted,

7  Chad McKinney
   Pro Se
8  6266 Madeline St Apt #61
   San Diego, CA 92115
9  619-634-3566

3