AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

THE UNITED STATES DISTRICT COURT SOUTHERN   District of   California

Chad McKinney, Pro Se

**SUMMONS IN A CIVIL CASE**

V.

APOLLO GROUP INC., UNIVERSITY OF PHOENIX, a Corporation., MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employee Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX

CASE NUMBER:

'07 CV 2373 WQH CAB

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Chad McKinney, Pro Se
6266 Madeline Street Apt. No. 61
San Diego, Ca 92115-5630

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                                JAN 15 2008

CLERK                                                  DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | 1/31/08 |
| NAME OF SERVER  R.T. Hansell | TITLE | R.P.S. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): Served Apollo Group, Inc. by leaving copies with Ellen Bowens (Administration).

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $ 45 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 2/12/08
Date

Signature of Server

Address of Server: 2445 Morena Blvd., Ste 206, S.D. Ca 92110

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## U.S. District Court
### Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:07-cv-02373-WQH-CAB

McKinney v. Apollo Group Inc. et al
Assigned to: Judge William Q. Hayes
Referred to: Magistrate Judge Cathy Ann Bencivengo
Demand: $250,000
Cause: 31:3729 False Claims Act

Date Filed: 12/19/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Chad McKinney**
*an individual*

represented by **Chad McKinney**
6266 Madeline Street
Apt #61
San Diego, CA 92115
(619)634-3566
PRO SE

V.

**Defendant**

**Apollo Group Inc.**

**Defendant**

**University of Phoenix**
*a Corporation*

**Defendant**

**Mechelle Bonilla**
*an Enrollment Manager at University of Phoenix*

**Defendant**

**Kyan Flynn**
*Director of Enrollment at University of Phoenix*

**Defendant**

**April Alcorn**
*an Employee Relations Consultant at University of Phoenix*

**Defendant**

**Carlyn Lindsten**
*Associate Director of Enrollment at University of Phoenix*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2007 | 1 | COMPLAINT t/w Jury Demand, against Apollo Group Inc., University of Phoenix, Mechelle Bonilla, Kyan Flynn, April Alcorn, Carlyn Lindsten ( Filing fee $ 350, receipt number 145709), filed by Chad McKinney.(jcj) (Entered: 12/20/2007) |
| 01/15/2008 | 2 | Summons Issued for Complaint (1). (mdc) Modified on 1/17/08 to correct file date. (mdc) (Entered: 01/17/2008) |