# CERTIFICATE OF SERVICE



I, Chad McKinney, hereby certify that on, February 29, 2008, I served copies of the motion for default judgment on the following parties by way of United States Postal Service Express Mail:

Apollo Group, Inc
University of Phoenix
3890 Murphy Canyon Road
San Diego, CA 92123

02/29/2008
Date

Chad McKinney

The United States District Court Southern District of California