FILED

08 MAR -4 PM 4:22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD MCKINNEY, an individual,<br><br>                      Plaintiff,<br>vs.<br><br>APOLLO GROUP INC., UNIVERSITY OF PHOENIX, a Corporation, MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employee Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX,<br><br>                      Defendants. | CASE NO. 07cv2373 WQH (CAB)<br><br>**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR MOTION FOR DEFAULT JUDGMENT** |

HAYES, Judge:

    On February 28, 2008, Plaintiff filed a Request for Entry of Clerk Default against Defendant Apollo Group, Inc. (Doc. # 4). On February 29, 2008, the Clerk entered default as to Defendant Apollo Group, Inc. (Doc. # 5). On February 29, 2007, Plaintiff filed a Motion for Default Judgment as to Apollo Group, Inc. (Doc. # 6). However, Plaintiff did not obtain a hearing date for the Motion for Default Judgment, as required by Local Civil Rule 7.1(b) ("All hearing dates for any matters on which a ruling is required shall be obtained from the clerk of the judge to whom the case is assigned.").

    IT IS HEREBY ORDERED that the hearing date for the Motion for Default Judgment as to Apollo Group, Inc. is scheduled for **Monday, April 7, 2008.** There will be **no oral argument, unless**

**requested by the Court.** Any Opposition to the Motion for Default Judgment must be filed on or before **Monday, March 24, 2008.** Any Reply to the Opposition to the Motion for Default Judgment must be filed on or before **Monday, March 31, 2008.**

Dated: 3/4/08

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE