1  Christy D. Joseph (#136785)
   cjoseph@swlaw.com
2  Nathan W. Hicks (#236269)
   nhicks@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
4  Costa Mesa, CA 92626-7689
   Telephone: (714) 427-7000
5  Facsimile: (714) 427-7799

6

7  Attorneys for Defendants Apollo Group, Inc.

8              UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

9                                    CALIFORNIA

10

11 | CHAD MCKINNEY, an individual,       | CASE NO. 07-CV-2373 WQH CAB
12 |                Plaintiff,            | **NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST APOLLO GROUP, INC.**
13 | v.                                   |
14 | APOLLO GROUP, INC.,                  | [FRCP 55(c)]
   | UNIVERSITY OF PHOENIX, a
15 | Corporation, MECHELLE
   | BONILLA, an Enrollment Manager       | **NO ORAL ARGUMENT, UNLESS REQUESTED BY THE COURT**
16 | at UNIVERSITY OF PHOENIX,
   | KYAN FLYNN, Director of
17 | Enrollment at UNIVERSITY OF          | Date: April 7, 2008
   | PHOENIX, APRIL ALCORN, an            | Time: 11:00 a.m.
18 | Employees Relations Consultant at    | Courtroom: 4
   | UNIVERSITY OF PHOENIX,               | Judge: Hon. William Q. Hayes
19 | CARLYN LINDSTEN, Associate
   | Director of Enrollment at            | DATE OF FILING: December 19, 2007
20 | UNIVERSITY OF PHOENIX

21               Defendants

TO PLAINTIFF AND HIS ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that on April 7, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard by the above entitled Court, located at 940 Front

USDC-SOUTHERN DISTRICT CALIFORNIA
CASE NO. 07-CV-2373 WQH CAB
NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT

Street, San Diego, California 92101, Courtroom 4, defendant Apollo Group, Inc. ("Apollo") will and hereby does move the Court pursuant to Rule 55(c) of the Federal Rules of Civil Procedure ("FRCP") to set aside the Court Clerk's entry of default entered on February 29, 2008 ("Default").

This action is brought on the following grounds: (1) The Default is void since Apollo never received notice of the action before the answer was due; (2) The Court lacks jurisdiction over Apollo since Apollo was never properly served and therefore could not respond before the answer was due; and/or (3) Apollo reasonably believed, but was mistaken, that it had not been given actual notice and was properly served so that it should be relieved from the Default.

This motion is based on this notice of motion and motion, the memorandum of points and authorities, the declarations of Matthew Mitchell, Ellen Bowens and Nathan W. Hicks filed herewith, and supporting exhibits thereto, the Court's files in this matter, all supporting documents, evidence and oral argument before this Court at the time of the hearing, and any other matter properly before the Court.

This motion is made following a reasonable and good-faith attempt to conference with plaintiff.

Date: March 7, 2008

SNELL & WILMER L.L.P.

By: _____
Christy Joseph
Nathan W. Hicks
Attorneys for Apollo Group, Inc.

PROOF OF SERVICE
USDC – Southern District, Case No. 07-CV-2373 WQH CAB

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On March 7, 2008, I served, in the manner indicated below, the foregoing document described as **NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST APOLLO GROUP INC.** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115 | Plaintiff<br><br>Tel: 619-634-3566 |
|---|---|
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>940 Front Street<br>San Diego, CA 92101 | |

☒   BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 7, 2008, at Costa Mesa, California.

Anh Dufour

8626180

PROOF OF SERVICE