1   Christy D. Joseph (#136785)
    cjoseph@swlaw.com
2   Nathan W. Hicks (#236269)
    nhicks@swlaw.com
3   SNELL & WILMER L.L.P.
    600 Anton Boulevard, Suite 1400
4   Costa Mesa, CA 92626-7689
    Telephone: (714) 427-7000
5   Facsimile: (714) 427-7799

6

7   Attorneys for Defendants Apollo Group, Inc.

8       UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

9                                  CALIFORNIA

10

11  CHAD MCKINNEY, an individual,          CASE NO. 07-CV-2373 WQH CAB

12                   Plaintiff,            **DECLARATION OF ELLEN
                                           BOWENS IN SUPPORT OF
13  v.                                     APOLLO GROUP, INC.'S MOTION
                                           TO SET ASIDE ENTRY OF
14  APOLLO GROUP, INC.,                    DEFAULT**
    UNIVERSITY OF PHOENIX, a
15  Corporation, MECHELLE                  **[FRCP 55(c)]**
    BONILLA, an Enrollment Manager
16  at UNIVERSITY OF PHOENIX,              Date: April 7, 2008
    KYAN FLYNN, Director of                Time: 11:00 a.m.
17  Enrollment at UNIVERSITY OF            Courtroom: 4
    PHOENIX, APRIL ALCORN, an              Judge: Hon. William Q. Hayes
18  Employees Relations Consultant at
    UNIVERSITY OF PHOENIX,                 DATE OF FILING: December 19, 2007
19  CARLYN LINDSTEN, Associate
    Director of Enrollment at
20  UNIVERSITY OF PHOENIX

21                   Defendants

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1    I, Ellen Bowens, declare as follows:

2        1.    I am over the age of 18. I am currently employed at the University of

3    Phoenix, Inc. ("UOP") as the Associate Director of Operations for its San Diego

4    Campus. On January 31, 2008, I was the Operations Manager for UOP's San

5    Diego Campus. In the capacity as Operations Manager, I oversaw campus

6    operations regarding attendance, customer service, campus safety and facilities. As

7    a major function of my duties, I supervised entry level receptionists and

8    administrative assistants. Unless otherwise indicated, I state the following based on

9    my own personal knowledge.

10       2.    I am not, and have never been, employed by Apollo Group, Inc.

11   ("Apollo"). In carrying out my duties as an Operations Manager for UOP's San

12   Diego Campus, I reported to the Director of Student Services/Operations, Colleen

13   Bjornson, who in turn reported to the San Diego Campus Director, Kim Savich. I

14   did not, and do not, have management responsibilities to direct UOP. Additionally,

15   I have never been an officer, managing agent, general manager or authorized agent

16   able to accept service of process on behalf of UOP. To that end, I have never been

17   given management responsibilities to direct Apollo, nor have I ever been an officer,

18   managing agent, general manager or authorized agent able to accept service of

19   process on behalf of Apollo either.

20       3.    On or around the end January 2008, I was asked by a subordinate

21   receptionist to help with a man trying to "serve" court papers at her desk. I do not

22   recall the man identifying himself, but I informed him that neither I nor the

23   receptionist was authorized to accept service on behalf of UOP. I then informed the

24   man that UOP had an agent for service of process, CT Corporation. The man then

25   stated that we "did not know the law," left the papers on a table and stormed away.

26   The man was very belligerent throughout the entire process. At no time did the

27   man indicate that he was attempting to serve court papers on Apollo. Afterwards, I

28   called CT Corporation in an attempt to determine what to do with the papers, but

\HICKSN\SWDMS\8620925                    - 2 -      **USDC-SOUTHERN DISTRICT CALIFORNIA**
                                                     **CASE NO. 07-CV-2373 WQH CAB**

DECL. OF E. BOWENS IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1  was told that it could not advise me in that capacity. I then called UOP's Human

2  Resources Department and mailed the papers to that department.

3

4      I declare under penalty of perjury under the laws of the State of California

5  that the foregoing is true and correct.

6

7

8  Dated: March 5, 2008                    *Ellen Bowens*
                                           Ellen Bowens

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

\\HICKSN\SWDMS\8620925

USDC-SOUTHERN DISTRICT CALIFORNIA
CASE NO. 07-CV-2373 WQH CAB

DECL. OF E. BOWENS IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT

PROOF OF SERVICE
*USDC – Southern District, Case No. 07-CV-2373 WQH CAB*

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On March 7, 2008, I served, in the manner indicated below, the foregoing document described as **DECLARATION OF ELLEN BOWENS IN SUPPORT OF APOLLO GROUP, INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115 | Plaintiff<br><br>Tel: 619-634-3566 |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>940 Front Street<br>San Diego, CA 92101 | |

☒    BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 7, 2008, at Costa Mesa, California.

Anh Dufour

8626180

PROOF OF SERVICE

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000