1  Christy D. Joseph (#136785)
   cjoseph@swlaw.com
2  Nathan W. Hicks (#236269)
   nhicks@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
4  Costa Mesa, CA 92626-7689
   Telephone: (714) 427-7000
5  Facsimile: (714) 427-7799

6

7  Attorneys for Defendants Apollo Group,
   Inc., the University of Phoenix, Mechelle
   Bonilla, Kyan Flynn, April Alcorn and
8  Carlyn Lindsten

9              UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

10                                    CALIFORNIA

11

| | |
|---|---|
| CHAD MCKINNEY, an individual, | CASE NO. 07-CV-2373 WQH CAB |
| Plaintiff, | **DECLARATION OF MATTHEW MITCHEL IN SUPPORT OF APOLLO GROUP, INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |
| v. | |
| APOLLO GROUP, INC., UNIVERSITY OF PHOENIX, a Corporation, MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employees Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX | [FRCP 55(c)] |
| | DATE OF FILING: December 19, 2007 |
| Defendants | |

\HICKSN\SWDMS\8620199

USDC-SOUTHERN DISTRICT CALIFORNIA
CASE NO. 07-CV-2373 WQH CAB
DECL. OF M. MITCHELL IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT

I, Matthew Mitchell, declare as follows:

1. I am over the age of 18. I am employed by Apollo Group, Inc. ("Apollo") as VP, Human Resources Legal Services in the Human Resources Department. In that capacity, I oversee various human resources functions for Apollo and its employees. Additionally, I am familiar with the overall operations of both Apollo and the University of Phoenix, Inc. ("UOP"). Unless otherwise indicated, I state the following based on my own personal knowledge.

2. On January 31, 2008, Ms. Ellen Bowens was employed by UOP as an Operations Manager at its San Diego, California Campus. Ms. Bowens is not, and has never been, employed by Apollo. In carrying out her duties as an Operations Manager for UOP's San Diego Campus, Ms. Bowens reported to the Director of Student Services/Operations, Colleen Bjornson, who in turn reported to the San Diego Campus Director, Kim Savich. Ms. Bowens duties are to supervise entry level receptionists and administrative assistants, and she does not have, and has never been given, management responsibilities to direct UOP. Additionally, Ms. Bowens has never been an officer, managing agent, general manager or authorized agent able to accept service of process on behalf of UOP. To that end, Ms. Bowens has never been given management responsibilities to direct Apollo, nor has she ever been an officer, managing agent, general manager or authorized agent able to accept service of process on behalf of Apollo either.

3. UOP (including UOP Online) is a wholly owned subsidiary of its parent corporation, Apollo. Apollo is also the parent corporation for the Institute for Professional Development, the College for Financial Planning and Western International University. Apollo and UOP are independently incorporated Arizona corporations with separate functions, operations and employees. Moreover, UOP is authorized as a foreign corporation able to business in California; Apollo is not. As a result, UOP and Apollo are completely different entities.

///

4.  Given that: (1) the January 31, 2008 attempted service of process on Ms. Bowens was not directed to any entity or individual; (2) that Ms. Bowens is a UOP employee—and not employed by Apollo; and (3) that Ms. Bowens is not an officer, managing agent, general manager or authorized agent able to accept service of process on behalf of either UOP or Apollo, there was no reason to believe that Apollo had been given sufficient service of process by plaintiff Chad McKinney in the matter before The United States District Court Southern District of California, CIV. Case No. 07-cv-2373 filed on December 19, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 6, 2008

Matthew Mitchell
VP, HR Legal Services

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

PROOF OF SERVICE
USDC – Southern District, Case No. 07-CV-2373 WQH CAB

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On March 7, 2008, I served, in the manner indicated below, the foregoing document described as **DECLARATION OF MATTHEW MITCHEL IN SUPPORT OF APOLLO GROUP, INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115 | Plaintiff<br><br>Tel: 619-634-3566 |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>940 Front Street<br>San Diego, CA 92101 | |

☒   BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 7, 2008, at Costa Mesa, California.

*/s/ Anh Dufour*
Anh Dufour

8626180

PROOF OF SERVICE