1   Christy D. Joseph (#136785)
    cjoseph@swlaw.com
2   Nathan W. Hicks (#236269)
    nhicks@swlaw.com
3   SNELL & WILMER L.L.P.
    600 Anton Boulevard, Suite 1400
4   Costa Mesa, CA 92626-7689
    Telephone: (714) 427-7000
5   Facsimile: (714) 427-7799

6

    Attorneys for Defendants Apollo Group, Inc.
7

8       UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

9                               CALIFORNIA

10

11  CHAD MCKINNEY, an individual,        CASE NO. 07-CV-2373 WQH CAB

12              Plaintiff,               **DECLARATION OF NATHAN W.**
                                         **HICKS IN SUPPORT OF APOLLO**
13  v.                                   **GROUP, INC.'S MOTION TO SET**
                                         **ASIDE ENTRY OF DEFAULT**
14  APOLLO GROUP, INC.,
    UNIVERSITY OF PHOENIX, a             **[FRCP 55(c)]**
15  Corporation, MECHELLE
    BONILLA, an Enrollment Manager       Date: April 7, 2008
16  at UNIVERSITY OF PHOENIX,            Time: 11:00 a.m.
    KYAN FLYNN, Director of              Courtroom: 4
17  Enrollment at UNIVERSITY OF          Judge: Hon. William Q. Hayes
    PHOENIX, APRIL ALCORN, an
18  Employees Relations Consultant at    DATE OF FILING: December 19, 2007
    UNIVERSITY OF PHOENIX,
19  CARLYN LINDSTEN, Associate
    Director of Enrollment at
20  UNIVERSITY OF PHOENIX

21              Defendants

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1    I, Nathan W. Hicks, declare and state as follows:

2

3    1.    I am an attorney licensed to practice law before all courts of the State

4    of California and I am a member of the law firm of Snell & Wilmer, attorneys of

5    record for defendant Apollo Group, Inc. ("Apollo") and the University of Phoenix,

6    Inc. ("UOP") in this matter. I have personal knowledge of the matters set forth in

7    this declaration, and if called upon as a witness, I could competently testify to them.

8

9    2.    Plaintiff, Chad McKinney ("McKinney"), filed the complaint in the

10    above-captioned matter on December 19, 2007. McKinney, however, did not

11    obtain a summons issued by the Court until approximately one month later on

12    January 15, 2008. A true and correct copy of the summons issued by the Court as

13    reflected in the Court's website at https://ecf.casd.uscourts.gov/cgi-

14    bin/DktRpt.pl?117733301982358-L_353_0-1 is attached as Ex. A. According to

15    McKinney's Return of Service filed with the Court on February 28, 2008, a process

16    server attempted to serve Apollo "by leaving copies with Ellen Bowens

17    (Administration)" on January 31, 2008. A true and correct copy of McKinney's

18    Return of Service as reflected in the Court's website at

19    https://ecf.casd.uscourts.gov/cgi-bin/DktRpt.pl?117733301982358-L_353_0-1 is

20    attached as Ex. B. Based on McKinney's assertions that Apollo was given

21    sufficient service of process on January 31, 2008, the Court Clerk made an entry of

22    default on February 29, 2008. A true and correct copy of the Court Clerk's entry of

23    default against Apollo as reflected in the Court's website at

24    https://ecf.casd.uscourts.gov/cgi-bin/DktRpt.pl?117733301982358-L_353_0-1 is

25    attached as Ex. C.

26

27    3.    On February 29, 2008, I contacted McKinney by telephone and

28    explained that he had not given sufficient service of process to Apollo, and that the

\HICKSN\SWDMS\8621351

- 2 -

USDC-SOUTHERN DISTRICT CALIFORNIA
CASE NO. 07-CV-2373 WQH CAB

DECL. OF N. HICKS IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1   parties should stipulate to setting aside the entry of default.  Afterwards, McKinney

2   could then attempt to properly re-serve Apollo, UOP or both.  Nevertheless,

3   McKinney still refused to stipulate to setting aside the entry of default on Apollo.

4

5       I declare under penalty of perjury under the laws of the State of California

6   that the foregoing is true and correct.

7

8   Dated: March 7, 2008

9                                                    Nathan W. Hicks

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

\HICKSN\SWDMS\8621351                    - 3 -        USDC-SOUTHERN DISTRICT CALIFORNIA
                                                     CASE NO. 07-CV-2373 WQH CAB
                        DECL. OF N. HICKS IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT

**EXHIBIT A**

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

THE UNITED STATES DISTRICT COURT SOUTHERN | District of | California

Chad McKinney, Pro Se

V.

APOLLO GROUP INC., UNIVERSITY OF PHOENIX, a Corporation., MECHELLE BONILLA, an
Enrollment Manager at UNIVERSITY OF PHOENIX, RYAN FLYNN, Director of Enrollment at
UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employee Relations Consultant at UNIVERSITY OF
PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

'07 CV 2373 WQH CAB

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Chad McKinney, Pro Se
6266 Madeline Street Apt. No. 61
San Diego, Ca 92115-5630

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

W. SAMUEL HAMRICK, JR.                                    JAN 1 5 2008

_____
CLERK                                           DATE

_____
(By) DEPUTY CLERK

# EXHIBIT B

07 cv 2373 WQH (CAB)

FILED

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 2008 FEB 28 PM 1:00 |
|---|---|
| NAME OF SERVER   R.T. Hansell | TITLE   CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA |
| Check one box below to indicate appropriate method of service | BY ____ VNK ____ DEPUTY |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):  Served Apollo Group, Inc. by leaving copies with Ellen Bowens (Administration).

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $ 45 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   2/12/08
                    Date

Signature of Server
2445 Morena Blvd., Ste 206
Address of Server  S.D. Ca. 92110

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

26

# EXHIBIT C

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Chad McKinney

Plaintiff,

vs

Apollo Group Inc.; Mechelle Bonilla; Kyan Flynn;
April Alcorn; Carlyn Lindsten

Defendants,

**Civil No.**      **07cv2373-WQH-CAB**

**DEFAULT**

It appears from the records in the above-entitled action that Summons issued on the Original Complaint filed on 12/19/07 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

Apollo Group Inc.

**Entered On:**
**2/29/08**

W. SAMUEL HAMRICK, JR., CLERK

By: _____s/M. Cruz_____

M. Cruz, Deputy

Snell & Wilmer<br>L.L.P.<br>LAW OFFICES<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, California 92626-7689<br>(714) 427-7000

1

PROOF OF SERVICE
*USDC – Southern District, Case No. 07-CV-2373 WQH CAB*

2

3    I am employed in the County of Orange, State of California. I am over the age of
18 and not a party to the within action; my business address is 600 Anton Boulevard,
4    Suite 1400, Costa Mesa, California 92626.

5    On March 7, 2008, I served, in the manner indicated below, the foregoing
document described as **DECLARATION OF NATHAN W. HICKS IN SUPPORT OF**
6    **APOLLO GROUP, INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT** on
the interested parties in this action by placing true copies thereof, enclosed in sealed
7    envelopes, at Costa Mesa, addressed as follows:

8

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115 | Plaintiff<br><br>Tel: 619-634-3566 |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>940 Front Street<br>San Diego, CA 92101 | |

9
10
11
12
13
14

15    ☒    BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air
courier, with next day service, to the offices of the addressees. (C.C.P. §
16    1013(c)(d)).

17

18    I declare under penalty of perjury under the laws of the State of California that the
above is true and correct.

19

20    Executed on March 7, 2008, at Costa Mesa, California.

21

22

23    Anh Dufour

24
25
26
27
28

8626180

PROOF OF SERVICE