FILED

MAR 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      VNV           DEPUTY

1
Chad McKinney
2 Pro Se
6266 Madeline St Apt #61
3 San Diego, CA 92115
619-634-3566
4

**THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

5

6  CHAD MCKINNEY, an individual,

7

8

9

10              Plaintiff,

11

12

13

14  v.

15

16  APOLLO GROUP INC., UNIVERSITY OF
PHOENIX , a Corporation, MECHELLE
BONILLA, an Enrollment Manager at
17  UNIVERSITY OF PHOENIX, KYAN
FLYNN, Director of Enrollment at
18  UNIVERSITY OF PHOENIX, APRIL
ALCORN, an Employee Relations
19  Consultant at UNIVERSITY OF PHOENIX
CARLYN LINDSTEN, Associate Director of
20  Enrollment at UNIVERSITY OF PHOENIX

21

22              Defendants

23

24

)  CIV. Case No.07-cv-2373 · WQH
)
)  FOR VIOLATION OF FEDERAL
)  FALSE CLAIMS ACT AND FOR
)  VIOLATION OF THE
)  THE CIVIL RIGHTS ACT 1964 AND
)   THE AMENDMENTS TO TITLE
)  VII OF THE CIVIL RIGHTS ACT OF
)   1991
)
)
)
)   RETALIATION- WRONGFUL
)  TERMINATION &
)  EMPLOYENT DISCRIMINATION
)      CIVIL ACTION
)
)
)
)
)
)  **Plaintiff's Motion for Clerk's**
)  **Entry of Default**
)
)
)
)
)  Demand for Trial By Jury Pursuant
)  to U.S. Constitution, 7th Amendment
)
)  March 12, 2008
)
)

1

## PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and any other relevant Federal Rule of Civil Procedure pertaining to this case, plaintiff Chad McKinney, Pro Se, respectfully moves the Court to enter a default against the defendant Mechelle Bonilla, in the amount of $5,000 since the Defendant has failed to plead or otherwise defend herself against the plaintiff's original complaint within the timeframe required by the Federal Rules of Civil procedure. The Complaint was originally filed with the Court on December 19th 2007 and entered December 20th. The defendant was served on February 4, 2008. (Please see copy of Return of Service).

In support of this motion, the Plaintiff states with supporting evidence:

1. This complaint was filed on December 19, 2007

2. This complaint was properly served on February 4, 2008

3. As of the 12th of March 2008, the Defendant is late 37 days.

4. The plaintiff's complaint requests punitive damages of $5,000, so a default judgment in this amount should be deemed reasonable.

5. Said defendant is not an infant or incompetent, but an individual who was given ample time to respond within the timeframe required by the Federal Rules of Civil Procedure. No extra time was requested by the defendant nor granted by the Court.

1   WHEREFORE, the Plaintiff respectfully request that this Court issue and Order a Default

2   against the Defendant in the amount of $5,000 to reasonably cover the damages incurred by

3   the plaintiff.

4

5   **Respectfully submitted,**

6

7   Chad McKinney
    Pro Se
8   6266 Madeline St Apt #61
    San Diego, CA 92115
9   619-634-3566

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

FILED

2008 MAR 12 PM 4:49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____XMH_____DEPUTY

1  Chad McKinney
2  Pro Se
   6266 Madeline St Apt #61
3  San Diego, CA 92115
   619-634-3566

4

**THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

5

6  CHAD MCKINNEY, an individual,

7

8

9

10                Plaintiff,

11

12

13

14  v.

15

16  APOLLO GROUP INC., UNIVERSITY OF
    PHOENIX , a Corporation, MECHELLE
17  BONILLA, an Enrollment Manager at
    UNIVERSITY OF PHOENIX, KYAN
18  FLYNN, Director of Enrollment at
    UNIVERSITY OF PHOENIX, APRIL
19  ALCORN, an Employee Relations
    Consultant at UNIVERSITY OF PHOENIX
20  CARLYN LINDSTEN, Associate Director of
    Enrollment at UNIVERSITY OF PHOENIX
21

22                Defendants

23

24

)
)
)
)
)  CIV. Case No.07-cv-2373  WQH
)
)  FOR VIOLATION OF FEDERAL
)  FALSE CLAIMS ACT AND FOR
)  VIOLATION OF THE
)  THE CIVIL RIGHTS ACT 1964 AND
)  THE AMENDMENTS TO TITLE
)  VII OF THE CIVIL RIGHTS ACT OF
)  1991
)
)
)
)  RETALIATION- WRONOFUL
)  TERMINATION &
)  EMPLOYENT DISCRIMINATION
)  CIVIL ACTION
)
)
)
)
)  Memorandum of Points and
)  Authorities in Support of Plaintiff's
)  Motion for Clerk's Entry of Default
)
)
)
)
)
)
)
)
)  Demand for Trial By Jury Pursuant
)  to U.S. Constitution, 7th Amendment
)
)  March 12. 2008
)
)
)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and any other relevant Federal Rule of Civil Procedure pertaining to this case, plaintiff Chad McKinney. Pro Se. respectfully moves the Court to enter a default against the defendant Mechelle Bonilla. in the amount of $5,000 since the Defendant has failed to plead or otherwise defend herself against the plaintiff's original complaint within the timeframe required by the Federal Rules of Civil procedure. The Complaint was originally filed with the Court on December 19th 2007 and entered December 20th. The defendant was served on February 4, 2008. (Please see copy of Return of Service).

In support of this motion, the Plaintiff states with supporting evidence:

1. This complaint was filed on December 19, 2007

2. This complaint was properly served on February 4, 2008

3. As of the 12th of March 2008, the Defendant is late 37 days.

4. The plaintiff's complaint requests punitive damages of $5,000. so a default judgement in this amount should be deemed reasonable.

5. Said defendant is not an infant or incompetent, but an individual who was given ample time to respond within the timeframe required by the Federal Rules of Civil Procedure. No extra time was requested by the defendant nor granted by the Court.

1    WHEREFORE, the Plaintiff respectfully request that this Court issue and Order a Default

2    against the Defendant in the amount of $5,000 to reasonably cover the damages incurred by

3    the plaintiff.

4

5    Respectfully submitted,

6

7    Chad McKinney
     Pro Se
8    6266 Madeline St Apt #61
     San Diego, CA 92115
9    619-634-3566

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# CERTIFICATE OF SERVICE

I, Chad McKinney, hereby certify that on, March 12, 2008, I served copies of the motion for Clerks entry of default on the following parties by way of United States Postal Service First Class Mail:

University of Phoenix
Attention of: Mechelle Bonilla
1230 Columbia Street
San Diego, CA 92101

Chad McKinney
Pro Se
6266 Madeline St Apt #61
San Diego, CA 92115
619-634-3566

**THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

**March 12, 2008**

**BY HAND DELIVERY**

The Honorable Judge William Q. Hayes
Referred to: Magistrate Judge Cathy Ann Bencivengo
330 West Broadway, San Diego
CA 92101-3827

Re: McKinney v. Apollo Group Inc., *et al*
Civil Action 07-cv-2373

Dear Judge Hayes,

Enclosed is a courtesy copy of the Plaintiff's Motion for Clerk's Entry of Default Judgment and appendices that was hand delivered with the Clerk today.

Respectfully,

Chad McKinney, Pro Se

Cc: Apollo Group, Inc.