# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chad McKinney<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>vs<br><br>Apollo Group Inc.; Mechelle Bonilla; Kyan Flynn; April Alcorn; Carlyn Lindsten<br><br>　　　　　　　　　　　　　　　Defendants, | Civil No.　　07cv2373-WQH-CAB<br><br>**DEFAULT** |

　　　It appears from the records in the above-entitled action that Summons issued on the Original Complaint filed on 12/19/07 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.


　　　Kyan Flynn


**Entered On:**　　　　　　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR., CLERK
**3/13/08**


　　　　　　　　　　　　　　By:　　　　　s/M. Cruz
　　　　　　　　　　　　　　　　　　　　M. Cruz, Deputy