

```
FILED

3/14/2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

Chad McKinney

-v-

Apollo Group Inc., et al.

07cv2373-WQH-CAB

# STRICKEN DOCUMENT
# (Per 3/19/2008 Order, Doc. # 32)

# Doc. # 22 -
# Notice of Motion And
# Motion to Dismiss Plaintiff's Complaint