

FILED

3/14/2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**Chad McKinney**                                                          **07cv2373-WQH-CAB**

-v-

**Apollo Group Inc., et al.**

**STRICKEN DOCUMENT**
**(Per 3/19/2008 Order, Doc. # 32)**

**Doc. # 23 -**
**Declaration of Carlyn Lindsten**
**(Underlying Motion Stricken)**