

**FILED**

**3/14/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**Chad McKinney**                                                **07cv2373-WQH-CAB**

-v-

**Apollo Group Inc., et al.**

# STRICKEN DOCUMENT
## (Per 3/19/2008 Order, Doc. # 32)

# Doc. # 24 -
# Declaration of Kyan Flynn
# (Underlying Motion Stricken)