

FILED

**3/14/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**Chad McKinney**                                    **07cv2373-WQH-CAB**

**-v-**

**Apollo Group Inc., et al.**

# STRICKEN DOCUMENT
## (Per 3/19/2008 Order, Doc. # 32)

# Doc. # 25 -
# Declaration of Mechelle Bonilla
# (Underlying Motion Stricken)