

**Chad McKinney**                                                    **07cv2373-WQH-CAB**

**-v-**

**Apollo Group Inc., et al.**

# STRICKEN DOCUMENT
## (Per 3/19/2008 Order, Doc. # 32)

# Doc. # 26 -
# Declaration of Nathan W. Hicks
## (Underlying Motion Stricken)