

**FILED**

**3/14/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

**Chad McKinney**                                    **07cv2373-WQH-CAB**

-v-

**Apollo Group Inc., et al.**

# STRICKEN DOCUMENT
# (Per 3/19/2008 Order, Doc. # 33)

# Doc. # 27 -
# Notice of Motion And
# Motion to Set Aside Entry of Default