1  Christy D. Joseph (#136785)
   cjoseph@swlaw.com
2  Nathan W. Hicks (#236269)
   nhicks@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
4  Costa Mesa, CA 92626-7689
   Telephone: (714) 427-7000
5  Facsimile: (714) 427-7799

6

7  Attorneys for Defendants Apollo Group, Inc.

8  UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

9  CALIFORNIA

10

11 | CHAD MCKINNEY, an individual,         | CASE NO. 07-CV-2373 WQH CAB
12 |         Plaintiff,                     |
13 | v.                                     | **DECLARATION OF MECHELLE BONILLA**
14 | APOLLO GROUP, INC.,
    UNIVERSITY OF PHOENIX, a
15 | Corporation, MECHELLE
    BONILLA, an Enrollment Manager
16 | at UNIVERSITY OF PHOENIX,              | Date: April 7, 2008
    KYAN FLYNN, Director of                 | Time: 11:00 a.m.
17 | Enrollment at UNIVERSITY OF             | Courtroom: 4
    PHOENIX, APRIL ALCORN, an              | Judge: Hon. William Q. Hayes
18 | Employees Relations Consultant at
    UNIVERSITY OF PHOENIX,                 | DATE OF FILING: December 19, 2007
19 | CARLYN LINDSTEN, Associate
    Director of Enrollment at
20 | UNIVERSITY OF PHOENIX

21 |         Defendants

\HICKSN\SWDMS\8638739

I, Mechelle Bonilla, declare as follows:

1. I am over the age of 18. I am currently employed at the University of Phoenix, Inc. ("UOP") as an Enrollment Manager for its San Diego Campus, Downtown Learning Center. In that capacity, I supervise enrollment counselors that advise current and perspective UOP students on programs and curriculum. I have been in this position since January 2007. Unless otherwise indicated, I state the following based on my own personal knowledge.

2. I was never personally served with any legal document regarding this matter, nor have I been made aware of any attempts to be personally served with legal documents in this matter. Furthermore, I have never received a copy of the summons and complaint in this matter either by mail or any other means from Chad McKinney. In fact, I was not aware that I was a defendant named in this case until March 13, 2008, when I received a phone call from Matt Mitchell from UoP's HR legal department.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 14, 2008

_____
Mechelle Bonilla

\HICKSN\SWDMS\8638739  - 2 -  USDC-SOUTHERN DISTRICT CALIFORNIA
CASE NO. 07-CV-2373 WQH CAB
DECLARATION OF MECHELLE BONILLA

## PROOF OF SERVICE
### USDC – Southern District, Case No. 07-CV-2373 WQH CAB

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On March 14, 2008, I served, in the manner indicated below, the foregoing document described as **DECLARATION OF MECHELLE BONILLA** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115 | Plaintiff<br><br>Tel: 619-634-3566 |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>940 Front Street<br>San Diego, CA 92101 | |

[x]   BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 14, 2008, at Costa Mesa, California.

_____
Rudi L. Wilson

8626180

3

PROOF OF SERVICE