1 | Christy D. Joseph (#136785)
cjoseph@swlaw.com
2 | Nathan W. Hicks (#236269)
nhicks@swlaw.com
3 | SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
4 | Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
5 | Facsimile: (714) 427-7799

Attorneys for Defendants Apollo Group, Inc.

UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| CHAD MCKINNEY, an individual, | CASE NO. 07-CV-2373 WQH CAB |
| Plaintiff, | |
| v. | **DECLARATION OF CARLYN LINDSTEN** |
| APOLLO GROUP, INC., UNIVERSITY OF PHOENIX, a Corporation, MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employees Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX | Date: April 7, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: Hon. William Q. Hayes<br><br>DATE OF FILING: December 19, 2007 |
| Defendants | |

I, Carlyn Lindsten, declare as follows:

1. I am over the age of 18. I am currently employed at the University of Phoenix, Inc. ("UOP") as the Associate Director of Enrollment for its San Diego Campus, Kearny Mesa Learning Center. In that capacity, I assist in delivering new enrollment plans as set forth by UOP and supervise enrollment managers who manage enrollment counselors that advise current and perspective UOP students on programs and curriculum. I have been in this position since February 2007. Unless otherwise indicated, I state the following based on my own personal knowledge.

2. I was never personally served with any legal document regarding this matter, nor have I been made aware of any attempts to be personally served with legal documents in this matter. Furthermore, I have never received a copy of the summons and complaint in this matter either by mail or any other means from Chad McKinney. In fact, I was not aware that I was a defendant named in this case until March 13, 2008, when I received a notice of entry of default in the mail that appears to have been sent by Mr. McKinney.

3. In my position, I work with Ellen Bowens only on occasion. In fact, we are not in the same department or even work near each other in our office building.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 14, 2008

_____
Carlyn Lindsten

\HICKSN\SWDMS\8638753                - 2 -          USDC-SOUTHERN DISTRICT CALIFORNIA
                                                    CASE NO. 07-CV-2373 WQH CAB
                              DECLARATION OF CARLYN LINDSTEN

---
<br/>

# PROOF OF SERVICE
*USDC – Southern District, Case No. 07-CV-2373 WQH CAB*

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On March 14, 2008, I served, in the manner indicated below, the foregoing document described as **DECLARATION OF CARLYN LINDSTEN** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115 | Plaintiff<br><br>Tel: 619-634-3566 |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>940 Front Street<br>San Diego, CA 92101 | |

☒   BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 14, 2008, at Costa Mesa, California.

*[Signature]*
Rudi L. Wilson

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8626180