```
                                                    FILED
Chad McKinney
Pro Se                                         2008 MAR 14  PM 3:30
6266 Madeline St Apt #61
San Diego, CA 92115                           CLERK US DISTRICT COURT
619-634-3566                                 SOUTHERN DISTRICT OF CALIFORNIA

                                             BY_____LMH_____DEPUTY
```

**THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAD MCKINNEY, an individual, | ) CIV. Case No.07-cv-2373 WQH-CAB |
| | ) |
| | ) FOR VIOLATION OF FEDERAL |
| | ) FALSE CLAIMS ACT AND FOR |
| | ) VIOLATION OF THE |
| | ) THE CIVIL RIGHTS ACT 1964 AND |
| | ) THE AMENDMENTS TO TITLE |
| | ) VII OF THE CIVIL RIGHTS ACT OF |
| | ) 1991 |
| Plaintiff, | ) |
| | ) |
| | ) RETALIATION- WRONGFUL |
| | ) TERMINATION & |
| | ) EMPLOYENT DISCRIMINATION |
| | ) CIVIL ACTION |
| | ) |
| v. | ) |
| | ) |
| APOLLO GROUP INC., UNIVERSITY OF | ) **Plaintiff's Motion for Default Judgment** |
| PHOENIX, a Corporation, MECHELLE | ) No oral hearing date unless |
| BONILLA, an Enrollment Manager at | ) requested by the court. |
| UNIVERSITY OF PHOENIX, KYAN | ) Hearing date: April 21, 2008 |
| FLYNN, Director of Enrollment at | ) time: 11:00 a.m. |
| UNIVERSITY OF PHOENIX, APRIL | ) |
| ALCORN, an Employee Relations | ) |
| Consultant at UNIVERSITY OF PHOENIX | ) Demand for Trial By Jury Pursuant |
| CARLYN LINDSTEN, Associate Director of | ) to U.S. Constitution, 7th Amendment |
| Enrollment at UNIVERSITY OF PHOENIX | ) |
| | ) March 14, 2008 |
| | ) |
| Defendants | ) |

## PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and any other relevant Federal Rule of Civil Procedure pertaining to this case, plaintiff Chad McKinney, Pro Se, respectfully moves the Court to enter a default against the defendant Kyan Flynn, in the amount of $5,000 since the Defendant has failed to plead or otherwise defend herself against the plaintiff's original complaint within the timeframe required by the Federal Rules of Civil procedure. The Complaint was originally filed with the Court on December 19th 2007 and entered December 20th. The defendant was served on January 31, 2008. (Please see copy of Return of Service).

In support of this motion, the Plaintiff states with supporting evidence:

6. This complaint was filed on December 19, 2007
7. This complaint was properly served on January 31, 2008
8. As of the 12th of March 2008, the Defendant is late 42 days.
9. The plaintiff's complaint requests punitive damages of $5,000, so a default judgment in this amount should be deemed reasonable.
10. Said defendant is not an infant or incompetent, but an individual who was given ample time to respond within the timeframe required by the Federal Rules of Civil Procedure. No extra time was requested by the defendant nor granted by the Court.

2

1  WHEREFORE, the Plaintiff respectfully request that this Court issue and Order a Default

2  against the Defendant in the amount of $5,000 to reasonably cover the damages incurred by

3  the plaintiff.

4

5  Respectfully submitted,

6

7  Chad McKinney
   Pro Se
8  6266 Madeline St Apt #61
   San Diego, CA 92115
9  619-634-3566

3