FILED

08 MAR 20 PM 12: 18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1

Chad McKinney
2  Pro Se
6266 Madeline St Apt #61
3  San Diego, CA 92115
619-634-3566
4

**THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

5

6  CHAD MCKINNEY, an individual,

)  CIV. Case No.07-cv-2373
)
)  FOR VIOLATION OF FEDERAL
7  )  FALSE CLAIMS ACT AND FOR
)  VIOLATION OF THE
8  )  THE CIVIL RIGHTS ACT 1964 AND
)  THE AMENDMENTS TO TITLE
9  )  VII OF THE CIVIL RIGHTS ACT OF
)  1991
10       Plaintiff,  )
)
11  )
)  RETALIATION- WRONGFUL
12  )  TERMINATION &
)  EMPLOYENT DISCRIMINATION
13  )  CIVIL ACTION
)
14  v.  )
)
15  )  <u>**Memorandum of Points and**</u>
)  <u>**Authorities in Support of Plaintiff's**</u>
16  APOLLO GROUP INC., UNIVERSITY OF  )  <u>**Motion for Default**</u>
PHOENIX , a Corporation, MECHELLE  )
17  BONILLA, an Enrollment Manager at  )
UNIVERSITY OF PHOENIX, KYAN  )
18  FLYNN, Director of Enrollment at  )
UNIVERSITY OF PHOENIX, APRIL  )
19  ALCORN, an Employee Relations  )
Consultant at UNIVERSITY OF PHOENIX  )  Demand for Trial by Jury Pursuant
20  CARLYN LINDSTEN, Associate Director of  )  to U.S. Constitution, 7th Amendment
Enrollment at UNIVERSITY OF PHOENIX  )
21  )  March 20, 2008
)
22       Defendants  )

23

24

1



1

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT PLAINTIFF'S MOTION FOR DEFAULT

2

3          Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and any other relevant

Federal Rule of Civil Procedure pertaining to this case, plaintiff Chad McKinney, Pro Se,

4

respectfully moves the Court to enter a default          against the defendant April Alcorn,

5

in the amount of $25,000 since the Defendant has failed to plead or otherwise defend herself

6

against the plaintiff's original complaint within the timeframe required by the Federal Rules of

7

Civil procedure. The Complaint was originally filed with the Court on December 19th 2007

8

and entered December 20th. The defendant was served on February 26, 2008. (Please see

9

copy of Return of Service).

10

11

In support of this motion, the Plaintiff states with supporting evidence:

12

   1.  This complaint was filed on December 19, 2007

13

   2.  This complaint was properly served on February 26, 2008

14

   3.  As of the 18th of March 2008, the Defendant is late 22 days.

15

   4.  The plaintiff's complaint requests punitive damages of $25,000, so a default judgment

16

      in this amount should be deemed reasonable.

17

   5.  Said defendant is not an infant or incompetent, but an individual who was given ample

18

      time to respond within the timeframe required by the Federal Rules of Civil Procedure.

19

      No extra time was requested by the defendant nor granted by the Court.

20

21

22

23

24

1  WHEREFORE, the Plaintiff respectfully request that this Court issue and Order a Default

2  against the Defendant in the amount of $25,000 to reasonably cover the damages

3  incurred by the plaintiff.

4

5  Respectfully submitted,

6

7  Chad McKinney

   Pro Se

8  6266 Madeline St Apt #61

   San Diego, CA 92115

9  619-634-3566

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

THE UNITED STATES DISTRICT COURT SOUTHERN    District of    California

Chad McKinney, Pro Se

### SUMMONS IN A CIVIL CASE

V.

APOLLO GROUP INC., UNIVERSITY OF PHOENIX , a Corporation. , MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employee Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX

CASE NUMBER:

'07  CV 2373 WQH CAB

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Chad McKinney, Pro Se
6266 Madeline Street Apt. No. 61
San Diego, Ca 92115-5630

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

JAN 1 5 2008

CLERK                                                DATE

(By) DEPUTY CLERK

CHAD MCKINNEY
6266 MADELINE STREET #61
SAN DIEGO CA 92115-5630
(619) 634-3566
Bar#          0

### IN THE UNITED STATES DISTRICT COURT OF THE STATE OF CALIFORNIA
### IN AND FOR THE COUNTY OF SAN DIEGO

| | | |
|---|---|---|
| CHAD MCKINNEY | Plaintiff | NO. 07CV2373WQHCAB |
| vs. | | AFFIDAVIT OF SERVICE |
| APOLLO GROUP INC., ET AL | Defendant | |

**STEVE INEICH, A.C.P.S.**          , being duly sworn, states: that he/she is duly qualified to serve process in this cause, having been so appointed by the court, that he/she received the following document(s) in this action:

SUMMONS, COMPLAINT & COVER SHEET

from CHAD MCKINNEY on 02/13/08, attorney(s) for the PLAINTIFF;
that he/she personally served the same upon the party/parties in the manner named below:

**NAME:** APRIL ALCORN

**DATE & TIME:** 02/26/08 1:33 PM
**PLACE :**      4615 EAST ELWOOD STREET PHOENIX, AZ  85040
**MANNER:** By leaving ONE true copy(ies) of the above documents with REBECCA SPRINGFIELD, SECURITY, AUTHORIZED.
      WORK: UNIVERSITY OF PHOENIX
      Described as female, age 50, CAUC, 5ft. 7in. tall, 150lbs. BROWN eyes, BLACK hair,

**Statement of Costs**

| | | |
|---|---|---|
| Service | $ 16.00 | |
| Mileage | $ 25.00 | STEVE INEICH, A.C.P.S. Process Server registered in MARICOPA County |
| Document Prep | $ 11.00 | |
| | $  .00 | Subscribed and sworn to before me on      03/27/08 |
| | $  .00 | |
| | $  .00 | |
| | $  .00 | |
| Total | $ 52.00 | Notary Public |

OFFICIAL SEAL
PATRICIA PENROD
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 14, 2009

Frontier Private Process Service 1145 West McDowell Road Phoenix, AZ 85007 (602) 258-0022
10802285-01  4783          10102

Chad McKinney
Pro Se
6266 Madeline St Apt #61
San Diego, CA 92115
619-634-3566

**THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

**March 20 2008**

**BY HAND DELIVERY**

The Honorable Judge William Q. Hayes
Referred to: Magistrate Judge Cathy Ann Bencivengo
330 West Broadway, San Diego
CA 92101-3827

Re: McKinney v. Apollo Group Inc., *et al*
Civil Action 07-cv-2373

Dear Judge Hayes,

Enclosed is a courtesy copy of the Plaintiff's Motion for Clerk's Entry of Default and appendices that was hand delivered with the Clerk today.

Respectfully,

Chad McKinney, Pro Se

Cc: Apollo Group, Inc., Attention of: April Alcorn

1

# CERTIFICATE OF SERVICE

I, Chad McKinney, hereby certify that on, March 20, 2008, I served copies of the

motion for clerk's entry of default          on the following parties by way of United

States Postal Service First Class Mail:

Apollo Group, Inc.
Attention of: April Alcorn
4615 E. Elwood St.
Phoenix, AZ 85040

3/20/2008
Date

Chad McKinney

The United States District Court Southern District of California