1  Christy D. Joseph (#136785)
   cjoseph@swlaw.com
2  Nathan W. Hicks (#236269)
   nhicks@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
4  Costa Mesa, CA 92626-7689
   Telephone: (714) 427-7000
5  Facsimile: (714) 427-7799

6
   Attorneys for Defendants
7

8  UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

9  CALIFORNIA

10

11 | CHAD MCKINNEY, an individual,          | CASE NO. 07-CV-2373 WQH CAB
12 |                Plaintiff,
13 | v.                                     | **DECLARATION OF MECHELLE BONILLA**
14 | APOLLO GROUP, INC.,
     UNIVERSITY OF PHOENIX, a
15 | Corporation, MECHELLE
     BONILLA, an Enrollment Manager
16 | at UNIVERSITY OF PHOENIX,             | Date: April 21, 2008
     KYAN FLYNN, Director of               | Time: 11:00 a.m.
17 | Enrollment at UNIVERSITY OF            | Courtroom: 4
     PHOENIX, APRIL ALCORN, an             | Judge: Hon. William Q. Hayes
18 | Employees Relations Consultant at
     UNIVERSITY OF PHOENIX,                | DATE OF FILING: December 19, 2007
19 | CARLYN LINDSTEN, Associate
     Director of Enrollment at
20 | UNIVERSITY OF PHOENIX

21              Defendants

22
23
24
25
26
27
28
\HICKSN\SWDMS\8638739

USDC-SOUTHERN DISTRICT CALIFORNIA
CASE NO. 07-CV-2373 WQH CAB
DECLARATION OF MECHELLE BONILLA

I, Mechelle Bonilla, declare as follows:

1. I am over the age of 18. I am currently employed at the University of Phoenix, Inc. ("UOP") as an Enrollment Manager for its San Diego Campus, Downtown Learning Center. In that capacity, I supervise enrollment counselors that advise current and perspective UOP students on programs and curriculum. I have been in this position since January 2007. Unless otherwise indicated, I state the following based on my own personal knowledge.

2. I was never personally served with any legal document regarding this matter, nor have I been made aware of any attempts to be personally served with legal documents in this matter. Furthermore, I have never received a copy of the summons and complaint in this matter either by mail or any other means from Chad McKinney. In fact, I was not aware that I was a defendant named in this case until March 13, 2008, when I received a phone call from Matt Mitchell from UoP's HR legal department.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 14, 2008

_____
Mechelle Bonilla

\HICKSN\SWDMS\8638739   - 2 -   USDC-SOUTHERN DISTRICT CALIFORNIA
CASE NO. 07-CV-2373 WQH CAB
DECLARATION OF MECHELLE BONILLA

McKinney v. Apollo Group, Inc., et al.
USDC, Southern – Case No. 07-CV-2373

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On March 20, 2008, I served, in the manner indicated below, the foregoing document described as

**DECLARATION OF MECHELLE BONILLA**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Please See Attached Service List**

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)) and by e-mail

☒ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 20, 2008, at Costa Mesa, California.

_____
Rudi L. Wilson

8626180

PROOF OF SERVICE

McKinney v. Apollo Group, Inc., et al.
USDC, Southern – Case No. 07-CV-2373

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115<br>(619) 634-3566 | Plaintiff, Pro Se |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900<br>(619) 557-5600 | Courtesy Copy |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8626180

- 2 -

PROOF OF SERVICE