FILED
08 MAR 25 AM 9: 54
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  Chad McKinney
   Pro Se
2  6266 Madeline St Apt #61
   San Diego, CA 92115
3  619-634-3566

**THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAD MCKINNEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GROUP INC., UNIVERSITY OF PHOENIX, a Corporation, MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employee Relations Consultant at UNIVERSITY OF PHOENIX CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX<br><br>Defendants | CIV. Case No.07-cv-2373 **WQH CAB**<br><br>FOR VIOLATION OF FEDERAL FALSE CLAIMS ACT AND FOR VIOLATION OF THE THE CIVIL RIGHTS ACT 1964 AND THE AMENDMENTS TO TITLE VII OF THE CIVIL RIGHTS ACT OF 1991<br><br>RETALIATION- WRONGFUL TERMINATION & EMPLOYENT DISCRIMINATION CIVIL ACTION<br><br>**Plaintiff's Motion for Default Judgment**<br><br>Date: May 12, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: Hon. William Q. Hayes<br><br>Demand for Trial by Jury Pursuant to U.S. Constitution, 7th Amendment<br><br>**NO ORAL ARGUMENT, UNLESS REQUESTED BY THE COURT**<br><br>March 25, 2008 |

1

## PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and any other relevant Federal Rule of Civil Procedure pertaining to this case, plaintiff Chad McKinney, Pro Se, respectfully moves the Court to enter a default judgment against the defendant April Alcorn, in the amount of $25,000 since the Defendant has failed to plead or otherwise defend herself against the plaintiff's original complaint within the timeframe required by the Federal Rules of Civil procedure. The Complaint was originally filed with the Court on December 19th 2007 and entered December 20th. The defendant was served on February 26, 2008. (Please see copy of Return of Service).

In support of this motion, the Plaintiff states with supporting evidence:

1. This complaint was filed on December 19, 2007
2. This complaint was properly served on February 26, 2008
3. As of the 24th of March 2008, the Defendant is late 28 days.
4. The plaintiff's complaint requests punitive damages of $5,000, so a default judgment in this amount should be deemed reasonable.
5. Said defendant is not an infant or incompetent, but an individual who was given ample time to respond within the timeframe required by the Federal Rules of Civil Procedure. No extra time was requested by the defendant nor granted by the Court.

1   WHEREFORE, the Plaintiff respectfully request that this Court issue and Order a Default

2   Judgment against the Defendant in the amount of $25,000 to reasonably cover the damages

3   incurred by the plaintiff.

4

5   Respectfully submitted,

6

7   Chad McKinney
    Pro Se
8   6266 Madeline St Apt #61
    San Diego, CA 92115
9   619-634-3566

Chad McKinney
Pro Se
6266 Madeline St Apt #61
San Diego, CA 92115
619-634-3566

**THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAD MCKINNEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GROUP INC., UNIVERSITY OF PHOENIX, a Corporation, MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employee Relations Consultant at UNIVERSITY OF PHOENIX CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX<br><br>Defendants | CIV. Case No.07-cv-2373<br><br>FOR VIOLATION OF FEDERAL FALSE CLAIMS ACT AND FOR VIOLATION OF THE THE CIVIL RIGHTS ACT 1964 AND THE AMENDMENTS TO TITLE VII OF THE CIVIL RIGHTS ACT OF 1991<br><br>RETALIATION- WRONGFUL TERMINATION & EMPLOYENT DISCRIMINATION CIVIL ACTION<br><br>**Memorandum of Points and Authorities in Support of Plaintiff's Motion for Default Judgment**<br><br>Date: May 12, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: Hon. William Q. Hayes<br><br>Demand for Trial by Jury Pursuant to U.S. Constitution, 7th Amendment<br><br>**NO ORAL ARGUMENT, UNLESS REQUESTED BY THE COURT**<br><br>March 25, 2008 |

1

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and any other relevant Federal Rule of Civil Procedure pertaining to this case, plaintiff Chad McKinney, Pro Se, respectfully moves the Court to enter a default judgment against the defendant April Alcorn, in the amount of $25,000 since the Defendant has failed to plead or otherwise defend herself against the plaintiff's original complaint within the timeframe required by the Federal Rules of Civil procedure. The Complaint was originally filed with the Court on December 19th 2007 and entered December 20th. The defendant was served on February 26, 2008. (Please see copy of Return of Service).

In support of this motion, the Plaintiff states with supporting evidence:

1. This complaint was filed on December 19, 2007
2. This complaint was properly served on February 26, 2008
3. As of the 24th of March 2008, the Defendant is late 28 days.
4. The plaintiff's complaint requests punitive damages of $25,000, so a default judgment in this amount should be deemed reasonable.
5. Said defendant is not an infant or incompetent, but an individual who was given ample time to respond within the timeframe required by the Federal Rules of Civil Procedure. No extra time was requested by the defendant nor granted by the Court.

2

1  WHEREFORE, the Plaintiff respectfully request that this Court issue and Order a Default

2  Judgment against the Defendant in the amount of $25,000 to reasonably cover the damages

3  incurred by the plaintiff.

4

5  Respectfully submitted,

6

7  Chad McKinney
   Pro Se
8  6266 Madeline St Apt #61
   San Diego, CA 92115
9  619-634-3566

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

THE UNITED STATES DISTRICT COURT SOUTHERN   District of   California

Chad McKinney, Pro Se

**SUMMONS IN A CIVIL CASE**

V.

APOLLO GROUP INC., UNIVERSITY OF PHOENIX, a Corporation. , MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employee Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX

CASE NUMBER:

'07 CV 2373 WQH CAB

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Chad McKinney, Pro Se
6266 Madeline Street Apt. No. 61
San Diego, Ca 92115-5630

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

JAN 15 2008

CLERK

(By) DEPUTY CLERK

DATE

CHAD MCKINNEY
6266 MADELINE STREET #61
SAN DIEGO CA 92115-5630
(619) 634-3566
Bar#        0

IN THE UNITED STATES DISTRICT COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SAN DIEGO

| | | |
|---|---|---|
| CHAD MCKINNEY | Plaintiff | NO. 07CV2373WQHCAB |
| vs. | | AFFIDAVIT OF SERVICE |
| APOLLO GROUP INC., ET AL | Defendant | |

**STEVE INEICH, A.C.P.S.**             , being duly sworn, states: that he/she is duly qualified to serve process in this cause, having been so appointed by the court, that he/she received the following document(s) in this action:

SUMMONS, COMPLAINT & COVER SHEET

from CHAD MCKINNEY on 02/13/08, attorney(s) for the PLAINTIFF;
that he/she personally served the same upon the party/parties in the manner named below:

**NAME:** APRIL ALCORN

**DATE & TIME:** 02/26/08 1:33 PM
**PLACE :**     4615 EAST ELWOOD STREET PHOENIX, AZ   85040
**MANNER:** By leaving ONE true copy(ies) of the above documents with REBECCA SPRINGFIELD, SECURITY, AUTHORIZED.
    WORK: UNIVERSITY OF PHOENIX
   Described as female, age 50, CAUC, 5ft. 7in. tall, 150lbs. BROWN eyes, BLACK hair,

**Statement of Costs**

| | |
|---|---|
| Service | $ 16.00 |
| Mileage | $ 25.00 |
| Document Prep | $ 11.00 |
| | $   .00 |
| | $   .00 |
| | $   .00 |
| | $   .00 |
| | $   .00 |
| Total | $ 52.00 |

STEVE INEICH, A.C.P.S. Process Server registered in MARICOPA County

Subscribed and sworn to before me on           02/27/08

OFFICIAL SEAL
PATRICIA PENROD
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 14, 2009

Notary Public

Frontier Private Process Service 1145 West McDowell Road Phoenix, AZ 85007 (602) 258-0022
10802285-01  4783          10102

1  Chad McKinney
   Pro Se
2  6266 Madeline St Apt #61
   San Diego, CA 92115
3  619-634-3566

4  **THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

5

6  **March 25, 2008**

7  **BY HAND DELIVERY**

8

9  The Honorable Judge William Q. Hayes
   Referred to: Magistrate Judge Cathy Ann Bencivengo
   330 West Broadway, San Diego
10 CA 92101-3827

11

12 Re: McKinney v. Apollo Group Inc., *et al*
   Civil Action 07-cv-2373

13

14 Dear Judge Hayes,

15 Enclosed is a courtesy copy of the Plaintiff's Motion for Default Judgment and appendices that was hand delivered with the Clerk today.

16

17 Respectfully,

18

19 Chad McKinney, Pro Se

20 Cc: Apollo Group, Inc.

21

22

23

24

1

## CERTIFICATE OF SERVICE

I, Chad McKinney, hereby certify that on, March 25th, 2008, I served copies of the Plaintiff's Motion to the Court on the following parties by way of United States Postal Service First Class Priority Mail:

Apollo Group, Inc.
Attention of: April Alcorn
4615 E. Elwood St.
Phoenix, AZ 85040


03/25/2008
Date

Chad McKinney

The United States District Court Southern District of California