1  Christy D. Joseph (#136785)
   cjoseph@swlaw.com
2  Nathan W. Hicks (#236269)
   nhicks@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
4  Costa Mesa, CA  92626-7689
   Telephone: (714) 427-7000
5  Facsimile: (714) 427-7799

6  Attorneys for Defendant April Alcorn

7

8           UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

9                                   CALIFORNIA

10

11 CHAD MCKINNEY, an individual,          CASE NO. 07-CV-2373 WQH CAB

                Plaintiff,                **APRIL ALCORN'S NOTICE OF**
12                                         **MOTION AND MOTION TO**
                                           **DISMISS PLAINTIFF'S**
13 v.                                      **COMPLAINT, OR, IN THE**
                                           **ALTERNATIVE, MOTION FOR**
14 APOLLO GROUP, INC.,                     **MORE DEFINITE STATEMENT**
   UNIVERSITY OF PHOENIX, a
   Corporation, MECHELLE                   **[FRCP 12(b)(2); 12(b)(5); 12(b)(6);**
15 BONILLA, an Enrollment Manager          **12(e).]**
   at UNIVERSITY OF PHOENIX,
16 KYAN FLYNN, Director of
   Enrollment at UNIVERSITY OF
17 PHOENIX, APRIL ALCORN, an
   Employees Relations Consultant at       **NO ORAL ARGUMENT, UNLESS**
18 UNIVERSITY OF PHOENIX,                  **REQUESTED BY THE COURT**
   CARLYN LINDSTEN, Associate
19 Director of Enrollment at               Date:  May 12, 2008
   UNIVERSITY OF PHOENIX                   Time:  11:00 a.m.
20                                         Courtroom:  4
                Defendants                 Judge:  Hon. William Q. Hayes
21
                                           DATE OF FILING:  December 19, 2007
22

23 TO PLAINTIFF AND HIS ATTORNEY(S) OF RECORD:

24       PLEASE TAKE NOTICE that on May 12, 2008 at 11:00 a.m., or as soon

25 thereafter as counsel may be heard by the above entitled Court, located at 940 Front

26 Street, San Diego, California 92101, Courtroom 4, defendant April Alcorn

27 ("Alcorn") will and hereby does move the Court pursuant to Rules 12(b)(2);

28
   8657340.1                                    **USDC-SOUTHERN DISTRICT CALIFORNIA**
                                                **CASE NO. 07-CV-2373 WQH CAB**

ALCORN'S NOTICE OF MOTION AND MOTION TO DISMISS OR FOR MORE DEFINITE STATEMENT

1  12(b)(5); 12(b)6; and 12(e) of the Federal Rules of Civil Procedure ("FRCP") to
2  dismiss plaintiff's complaint with prejudice or in the alternative require a more
3  definite statement.
4        This motion is brought on the following grounds:  (1) The Court lacks
5  personal jurisdiction over Alcorn; (2) The Court lacks jurisdiction over Alcorn
6  since she was never properly served in this matter; (3) The Complaint fails to state
7  any claims upon which relief may be granted; (4) The Complaint fails to set forth a
8  short and plain statement of the claim showing that McKinney is entitled to relief;
9  and (5) The Complaint is so vague and ambiguous so as to require plaintiff to
10 provide a more definite statement.
11       This motion is based on this notice of motion and motion, the memorandum
12 of points and authorities, the declarations of Nathan W. Hicks, April Alcorn, and
13 Rebecca Springfield filed herewith, and supporting exhibits thereto, the Court's
14 files in this matter, all supporting documents, evidence and oral argument before
15 this Court at the time of the hearing, and any other matter properly before the Court.

16 Date: March 31, 2008                              SNELL & WILMER L.L.P.
17
18                                                   By:__s/Nathan W. Hicks_____
19                                                      Christy Joseph
20                                                      Nathan W. Hicks
                                                        Attorneys for Defendant April
21                                                      Alcorn

**Snell & Wilmer**
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8657340.1                    - 2 -    **USDC-SOUTHERN DISTRICT CALIFORNIA**
                                      **CASE NO. 07-CV-2373 WQH CAB**
ALCORN'S NOTICE OF MOTION AND MOTION TO DISMISS OR FOR MORE DEFINITE STATEMENT

## PROOF OF SERVICE

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On April 1, 2008, I served, in the manner indicated below, the foregoing document described as

**APRIL ALCORN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Please See Attached Service List**

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)) and by e-mail

☒ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 1, 2008, at Costa Mesa, California.

Anh Dufour

8626180

PROOF OF SERVICE

## SERVICE LIST

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115<br>(619) 634-3566 | Plaintiff, Pro Se |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900<br>(619) 557-5600 | Courtesy Copy |

**Snell & Wilmer**
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8626180

- 2 -

PROOF OF SERVICE