1  Christy D. Joseph (#136785)
   cjoseph@swlaw.com
2  Nathan W. Hicks (#236269)
   nhicks@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
4  Costa Mesa, CA 92626-7689
   Telephone: (714) 427-7000
5  Facsimile: (714) 427-7799

6  Attorneys for Defendant The University of
   Phoenix, Inc.
7

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8           UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

9                                    CALIFORNIA

10

11 | CHAD MCKINNEY, an individual,            | CASE NO. 07-CV-2373 WQH CAB

12 |            Plaintiff,                    | **NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST THE UNIVERSITY OF PHOENIX, INC.**
13 | v.
   | APOLLO GROUP, INC.,                      | **[FRCP 55(c)]**
14 | UNIVERSITY OF PHOENIX, a
   | Corporation, MECHELLE
15 | BONILLA, an Enrollment Manager            | **NO ORAL ARGUMENT, UNLESS REQUESTED BY THE COURT**
   | at UNIVERSITY OF PHOENIX,
16 | KYAN FLYNN, Director of                   | Date: May 12, 2008
   | Enrollment at UNIVERSITY OF               | Time: 11:00 a.m.
17 | PHOENIX, APRIL ALCORN, an                 | Courtroom: 4
   | Employees Relations Consultant at         | Judge: Hon. William Q. Hayes
18 | UNIVERSITY OF PHOENIX,
   | CARLYN LINDSTEN, Associate                | DATE OF FILING: December 19, 2007
19 | Director of Enrollment at
   | UNIVERSITY OF PHOENIX
20
21 |           Defendants
22

23  TO PLAINTIFF AND HIS ATTORNEY(S) OF RECORD:

24         PLEASE TAKE NOTICE that on May 12, 2008 at 11:00 a.m., or as soon

25  thereafter as counsel may be heard by the above entitled Court, located at 940 Front

26  Street, San Diego, California 92101, Courtroom 4, defendant The University of

27  Phoenix, Inc. ("UOP") will and hereby does move the Court pursuant to Rule 55(c)

28

8656205.1                                          **USDC-SOUTHERN DISTRICT CALIFORNIA
                                                    CASE NO. 07-CV-2373 WQH CAB**
UOP'S NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT

1 of the Federal Rules of Civil Procedure ("FRCP") to set aside the Court Clerk's
2 entry of default regarding UOP entered on March 20, 2008 ("Default").

3      This action is brought on the following grounds: (1) The Default is void
4 since UOP never received notice of the action before the answer was due; (2) The
5 Court lacks jurisdiction over UOP since UOP was never properly served and
6 therefore could not respond before the answer was due; (3) UOP was never
7 properly added to plaintiff's complaint; (4) plaintiff did not plead specific damages
8 and cannot be awarded punitive damages; and/or (5) UOP reasonably believed, but
9 was mistaken, that it had not been given actual notice or was properly served so that
10 it should be relieved from the Default.

11      This motion is based on this notice of motion and motion, the memorandum
12 of points and authorities, the declarations of Nathan W. Hicks, Ellen Bowens and
13 Matthew Mitchell filed herewith, and supporting exhibits thereto, the Court's files
14 in this matter, all supporting documents, evidence and oral argument before this
15 Court at the time of the hearing, and any other matter properly before the Court.

16      This motion is made following a reasonable and good-faith attempt to
17 conference with plaintiff.

18 Date: March 31, 2008                                                SNELL & WILMER L.L.P.

20                                                              By:__s/Nathan Hicks_____
21                                                                 Christy Joseph
22                                                                 Nathan W. Hicks
23                                                                 Defendant The University of
                                                                Phoenix, Inc.

*Snell & Wilmer L.L.P.*
*LAW OFFICES*
*600 Anton Boulevard, Suite 1400*
*Costa Mesa, California 92626-7689*
*(714) 427-7000*

8656205.1                - 2 -      **USDC-SOUTHERN DISTRICT CALIFORNIA**
                                                           **CASE NO. 07-CV-2373 WQH CAB**
UOP'S NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT

## PROOF OF SERVICE

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On April 1, 2008, I served, in the manner indicated below, the foregoing document described as

**NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST THE UNIVERSITY OF PHOENIX, INC.**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Please See Attached Service List**

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)) and by e-mail

☒ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 1, 2008, at Costa Mesa, California.

_____
Anh Dufour

8626180

PROOF OF SERVICE

# SERVICE LIST

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115<br>(619) 634-3566 | Plaintiff, Pro Se |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900<br>(619) 557-5600 | Courtesy Copy |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8626180                  - 2 -

PROOF OF SERVICE