1  Christy D. Joseph (#136785)
   cjoseph@swlaw.com
2  Nathan W. Hicks (#236269)
   nhicks@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
4  Costa Mesa, CA 92626-7689
   Telephone: (714) 427-7000
5  Facsimile: (714) 427-7799

6

7  Attorneys for Defendant The University of
   Phoenix, Inc.

8

   UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF
9
                         CALIFORNIA
10

11

12  CHAD MCKINNEY, an individual,            CASE NO. 07-CV-2373 WQH CAB

13              Plaintiff,                   **DECLARATION OF MATTHEW MITCHELL**

    v.
14
    APOLLO GROUP, INC.,
15  UNIVERSITY OF PHOENIX, a                 **[FRCP 55(c)]**
    Corporation, MECHELLE
16  BONILLA, an Enrollment Manager           Date: May 12, 2008
    at UNIVERSITY OF PHOENIX,                Time: 11:00 a.m.
17  KYAN FLYNN, Director of                  Courtroom: 4
    Enrollment at UNIVERSITY OF              Judge: Hon. William Q. Hayes
18  PHOENIX, APRIL ALCORN, an
    Employees Relations Consultant at        **NO ORAL ARGUMENT UNLESS
19  UNIVERSITY OF PHOENIX,                   REQUESTED BY THE COURT**
    CARLYN LINDSTEN, Associate
20  Director of Enrollment at
    UNIVERSITY OF PHOENIX
21
                Defendants
22                                           DATE OF FILING: December 19, 2007

23

24

25

26

27

28

\HICKSN\SWDMS\8690396                        USDC-SOUTHERN DISTRICT CALIFORNIA
                                             CASE NO. 07-CV-2373 WQH CAB
                      DECL. OF M. MITCHELL

I, Matthew Mitchell, declare as follows:

1. I am over the age of 18. I am employed as the Vice President, HR Legal Services in the Human Resources Department for Apollo Group, Inc. ("Apollo"). In that capacity, I oversee various human resources functions for Apollo and the University of Phoenix, Inc. ("UOP") and its employees. Additionally, I am familiar with the overall operations of UOP and Apollo. Unless otherwise indicated, I state the following based on my own personal knowledge.

2. On January 31, 2008, Ms. Ellen Bowens was employed by UOP as an Operations Manager at its San Diego, California Campus. Ms. Bowens is not, and has never been, employed by Apollo. In carrying out her duties as an Operations Manager for UOP's San Diego Campus, Ms. Bowens reported to the Director of Student Services/Operations, Colleen Bjornson, who in turn reported to the San Diego Campus Director, Kim Savich. Ms. Bowens duties are to supervise entry level receptionists and administrative assistants, and she does not have, and has never been given, management responsibilities to direct UOP. Additionally, Ms. Bowens has never been an officer, managing agent, general manager or authorized agent able to accept service of process on behalf of UOP.

3. UOP (including UOP Online) is a wholly owned subsidiary of its parent corporation, Apollo. Apollo is also the parent corporation for the Institute for Professional Development, the College for Financial Planning and Western International University.

4. Given that: (1) the January 31, 2008 attempted service of process on Ms. Bowens was not directed to any entity or individual; (2) that Ms. Bowens is not an officer, managing agent, general manager or authorized agent able to accept service of process on behalf of UOP; (3) McKinney never amended his Complaint to add UOP as a party; and (4) punitive damages may not be awarded without a hearing under an entry of default, there was no reason to believe that UOP had been given sufficient service of process by McKinney in this matter before The United

1 | States District Court Southern District of California, CIV. Case No. 07-cv-2373
2 | filed on December 19, 2007.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 31, 2008

_____
Matthew Mitchell
VP, HR Legal Services

\HICKSN\SWDMS\8690396     - 3 -     USDC-SOUTHERN DISTRICT CALIFORNIA
CASE NO. 07-CV-2373 WQH CAB

DECL. OF M. MITCHELL

# PROOF OF SERVICE

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On April 1, 2008, I served, in the manner indicated below, the foregoing document described as

## DECLARATION OF MATTHEW MITCHELL

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Please See Attached Service List**

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)) and by e-mail

☒ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 1, 2008, at Costa Mesa, California.

*Anh Dufour*

8626180

PROOF OF SERVICE

## SERVICE LIST

**McKinney v. Apollo Group, Inc., et al.
USDC, Southern – Case No. 07-CV-2373**

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115<br>(619) 634-3566 | Plaintiff, Pro Se |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900<br>(619) 557-5600 | Courtesy Copy |