1  Christy D. Joseph (#136785)
   cjoseph@swlaw.com
2  Nathan W. Hicks (#236269)
   nhicks@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
4  Costa Mesa, CA 92626-7689
   Telephone: (714) 427-7000
5  Facsimile: (714) 427-7799

6

   Attorneys for Defendant The University of
7  Phoenix. Inc.

8           UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

9                                    CALIFORNIA

10

| | |
|---|---|
| 11  CHAD MCKINNEY, an individual, | CASE NO. 07-CV-2373 WQH CAB |
| 12           Plaintiff, | **DECLARATION OF NATHAN W. HICKS** |
| 13  v. | **[FRCP 55(c)]** |
| 14  APOLLO GROUP, INC., UNIVERSITY OF PHOENIX, a | Date: May 12, 2008 |
| 15  Corporation, MECHELLE BONILLA, an Enrollment Manager | Time: 11:00 a.m. Courtroom: 4 |
| 16  at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of | Judge: Hon. William Q. Hayes |
| 17  Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an | DATE OF FILING: December 19, 2007 |
| 18  Employees Relations Consultant at UNIVERSITY OF PHOENIX, | |
| 19  CARLYN LINDSTEN, Associate Director of Enrollment at | |
| 20  UNIVERSITY OF PHOENIX | |
| 21           Defendants | |

22
23
24
25
26
27
28

\HICKSN\SWDMS\8690366                    USDC-SOUTHERN DISTRICT CALIFORNIA
                                         CASE NO. 07-CV-2373 WQH CAB
                        DECL. OF N. HICKS

I, Nathan W. Hicks, declare and state as follows:

1.  I am an attorney licensed to practice law before all courts of the State of California and I am a member of the law firm of Snell & Wilmer, attorneys of record for defendant the University of Phoenix, Inc. ("UOP") in this matter. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness, I could competently testify to them.

2.  Plaintiff, Chad McKinney ("McKinney"), filed the complaint in the above-captioned matter on December 19, 2007. McKinney, however, did not obtain a summons issued by the Court until approximately one month later on January 15, 2008. A true and correct copy of the summons issued by the Court as reflected in the Court's website at https://ecf.casd.uscourts.gov/cgi-bin/DktRpt.pl?117733301982358-L_353_0-1 is attached as Ex. A. According to McKinney's Return of Service filed with the Court on March 20, 2008, a process server attempted to serve UOP "by leaving copies with Ellen Bowens (Administration)" on January 31, 2008. A true and correct copy of McKinney's Return of Service as reflected in the Court's website at https://ecf.casd.uscourts.gov/cgi-bin/DktRpt.pl?117733301982358-L_353_0-1 is attached as Ex. B. McKinney filed a Motion for Clerk's Entry of Default on March 20, 2008. [Plaintiff's Motion for Clerk's Entry of Default and Supporting Memorandum of Points and Authorities ("Motion for Entry of Default").] Based on McKinney's assertions that UOP was given sufficient service of process on January 31, 2008, the Court Clerk made an entry of default on March 20, 2008. A true and correct copy of the Court Clerk's entry of default against UOP as reflected in the Court's website at https://ecf.casd.uscourts.gov/cgi-bin/DktRpt.pl?117733301982358-L_353_0-1 is attached as Ex. C.

3. On February 29, 2008, I contacted McKinney by telephone and explained that he had not given sufficient service of process, and that the parties should stipulate to setting aside the entry of default. Afterwards, McKinney could then attempt to properly re-serve his summons and complaint. Nevertheless, McKinney still refused to stipulate to setting aside the entry of default.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 31, 2008                     s/Nathan Hicks
                                          Nathan W. Hicks

**EXHIBIT A**

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

THE UNITED STATES DISTRICT COURT SOUTHERN   District of   California

Chad McKinney, Pro Se

**SUMMONS IN A CIVIL CASE**

V.

APOLLO GROUP INC., UNIVERSITY OF PHOENIX, a Corporation, , MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employee Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX

CASE NUMBER:

07 CV 2373 WQH CAB

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Chad McKinney, Pro Se
6266 Madeline Street Apt. No. 61
San Diego, Ca 92115-5630

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                                          JAN 15 2008

CLERK                                                           DATE

(By) DEPUTY CLERK

EXHIBIT A PAGE 1

**EXHIBIT B**

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 1/31/08 |
|---|---|
| NAME OF SERVER  R.T. Hansell | TITLE  R.P.S. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): Served University of Phoenix by leaving copies with Ellen Bowens (Administration).

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $25 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 2/12/08
Date

Signature of Server

Address of Server: 2445 Morena Blvd, Ste 206  S.D. Ca 92110

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**EXHIBIT C**

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chad McKinney<br><br>                             Plaintiff,<br>vs<br><br>Apollo Group Inc.; Mechelle Bonilla; Kyan Flynn; April Alcorn; Carlyn Lindsten; University of Phoenix<br><br>                           Defendants, | Civil No.   07cv2373-WQH-CAB<br>**DEFAULT** |

    It appears from the records in the above-entitled action that Summons issued on the Original Complaint filed on 12/19/07 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

    University of Phoenix

**Entered On:**
3/20/08

W. SAMUEL HAMRICK, JR., CLERK

By: _____s/M. Cruz_____

M. Cruz, Deputy



EXHIBIT C PAGE 1

# PROOF OF SERVICE

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On April 1, 2008, I served, in the manner indicated below, the foregoing document described as

### DECLARATION OF NATHAN W. HICKS

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Please See Attached Service List**

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)) and by e-mail

☒ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 1, 2008, at Costa Mesa, California.

*/s/ Anh Dufour*
Anh Dufour

8626180

PROOF OF SERVICE

## SERVICE LIST

McKinney v. Apollo Group, Inc., et al.
USDC, Southern – Case No. 07-CV-2373

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115<br>(619) 634-3566 | Plaintiff, Pro Se |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900<br>(619) 557-5600 | Courtesy Copy |

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8626180

- 2 -

PROOF OF SERVICE