1   Christy D. Joseph (#136785)
    cjoseph@swlaw.com
2   Nathan W. Hicks (#236269)
    nhicks@swlaw.com
3   SNELL & WILMER L.L.P.
    600 Anton Boulevard, Suite 1400
4   Costa Mesa, CA 92626-7689
    Telephone: (714) 427-7000
5   Facsimile: (714) 427-7799

6

    Attorneys for Defendant The University of
7   Phoenix, Inc.

8        UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

9                              CALIFORNIA

10

11  CHAD MCKINNEY, an individual,          CASE NO. 07-CV-2373 WQH CAB

12                Plaintiff,               **DECLARATION OF ELLEN BOWENS**

13  v.                                     **[FRCP 55(c)]**

14  APOLLO GROUP, INC.,                    Date: May 12, 2008
    UNIVERSITY OF PHOENIX, a               Time: 11:00 a.m.
15  Corporation, MECHELLE                  Courtroom: 4
    BONILLA, an Enrollment Manager         Judge: Hon. William Q. Hayes
16  at UNIVERSITY OF PHOENIX,
    KYAN FLYNN, Director of                DATE OF FILING: December 19, 2007
17  Enrollment at UNIVERSITY OF
    PHOENIX, APRIL ALCORN, an
18  Employees Relations Consultant at
    UNIVERSITY OF PHOENIX,
19  CARLYN LINDSTEN, Associate
    Director of Enrollment at
20  UNIVERSITY OF PHOENIX

21                Defendants

22

23

24

25

26

27

28

\HICKSN\SWDMS\8690378

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

I, Ellen Bowens, declare as follows:

1.      I am over the age of 18.  I am currently employed at the University of Phoenix, Inc. ("UOP") as the Associate Director of Operations for its San Diego Campus.  On January 31, 2008, I was the Operations Manager for UOP's San Diego Campus.  In the capacity as Operations Manager, I oversaw campus operations regarding attendance, customer service, campus safety and facilities.  As a major function of my duties, I supervised entry level receptionists and administrative assistants.  Unless otherwise indicated, I state the following based on my own personal knowledge.

2.      In carrying out my duties as an Operations Manager for UOP's San Diego Campus, I reported to the Director of Student Services/Operations, Colleen Bjornson, who in turn reported to the San Diego Campus Director, Kim Savich.  I did not, and do not, have management responsibilities to direct UOP.  Additionally, I have never been an officer, managing agent, general manager or authorized agent able to accept service of process on behalf of UOP.

3.      On or around the end January 2008, I was asked by a subordinate receptionist to help with a man trying to "serve" court papers at her desk.  I do not recall the man identifying himself, but I informed him that neither I nor the receptionist was authorized to accept service on behalf of UOP.  I then informed the man that UOP had an agent for service of process, CT Corporation.  The man then stated that we "did not know the law," left the papers on a table and stormed away.  The man was very belligerent throughout the entire process.  At no time did the man indicate that he was attempting to serve court papers on UOP.  Afterwards, I called CT Corporation in an attempt to determine what to do with the papers, but was told that it could not advise me in that capacity.  I then called UOP's Human

USDC-SOUTHERN DISTRICT CALIFORNIA
CASE NO. 07-CV-2373 WQH CAB

DECL. OF E. BOWENS

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1  Resources Department and mailed the papers to that department.  I do not know

2  what happened to that stack of legal papers since that time.

3

4      I declare under penalty of perjury under the laws of the State of California

5  that the foregoing is true and correct.

6

7  Dated: March 31, 2008

8                                          *Ellen Bowens*
                                           Ellen Bowens

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

## PROOF OF SERVICE

### McKinney v. Apollo Group, Inc., et al.
### USDC, Southern – Case No. 07-CV-2373

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On April 1, 2008, I served, in the manner indicated below, the foregoing document described as

### DECLARATION OF ELLEN BOWENS

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

I am employed in the office of a member of the bar of this court at whose direction the service was made.

### Please See Attached Service List

☐   BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐   BY FACSIMILE: (C.C.P. § 1013(e)(f)) and by e-mail

☒   BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐   BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 1, 2008, at Costa Mesa, California.

Ann Dufour

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8626180

PROOF OF SERVICE

## SERVICE LIST

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115<br>(619) 634-3566 | Plaintiff, Pro Se |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900<br>(619) 557-5600 | Courtesy Copy |

Snell & Wilmer
─ L.L.P. ─
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8626180

- 2 -

PROOF OF SERVICE