Christy D. Joseph (#136785)
cjoseph@swlaw.com
Nathan W. Hicks (#236269)
nhicks@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendant April Alcorn

UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| CHAD MCKINNEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GROUP, INC., UNIVERSITY OF PHOENIX, a Corporation, MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employees Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX<br><br>Defendants | CASE NO. 07-CV-2373 WQH CAB<br><br>**NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST APRIL ALCORN**<br><br>**[FRCP 55(c)]**<br><br>**NO ORAL ARGUMENT, UNLESS REQUESTED BY THE COURT**<br><br>Date: May 12, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: Hon. William Q. Hayes<br><br>DATE OF FILING: December 19, 2007 |

TO PLAINTIFF AND HIS ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that on May 12, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard by the above entitled Court, located at 940 Front Street, San Diego, California 92101, Courtroom 4, defendant April Alcorn ("Alcorn") will and hereby does move the Court pursuant to Rule 55(c) of the Federal Rules of Civil Procedure ("FRCP") to set aside the Court Clerk's entry of

8656302.1

**USDC-SOUTHERN DISTRICT CALIFORNIA**
**CASE NO. 07-CV-2373 WQH CAB**

ALCORN'S NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT

1  default ("Default").

2  This action is brought on the following grounds: (1) The Default is void
3  since the Court lacks personal jurisdiction over Alcorn; (2) Alcorn never received
4  notice of the action before the answer was due; (2) The Court lacks jurisdiction
5  over Alcorn since she was never properly served and therefore could not respond
6  before the answer was due; (3) Plaintiff did not plead specific damages and cannot
7  be awarded punitive damages; and/or (4) Alcorn reasonably believed, but was
8  mistaken, that she had not been given actual notice and was properly served so that
9  she should be relieved from the Default.

10  This motion is based on this notice of motion and motion, the memorandum
11  of points and authorities, the declarations of Nathan W. Hicks, April Alcorn and
12  Rebecca Springfield filed herewith, and supporting exhibits thereto, the Court's
13  files in this matter, all supporting documents, evidence and oral argument before
14  this Court at the time of the hearing, and any other matter properly before the Court.

15  This motion is made following a reasonable and good-faith attempt to
16  conference with plaintiff.

17  Date: March 31, 2008                                    SNELL & WILMER L.L.P.

19                                                          By: s/Nathan W. Hicks
20                                                              Christy Joseph
                                                                Nathan W. Hicks
21                                                              Attorneys for Defendant April
22                                                              Alcorn

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

## PROOF OF SERVICE

### McKinney v. Apollo Group, Inc., et al.
### USDC, Southern – Case No. 07-CV-2373

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On April 1, 2008, I served, in the manner indicated below, the foregoing document described as

### NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST APRIL ALCORN

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

I am employed in the office of a member of the bar of this court at whose direction the service was made.

### Please See Attached Service List

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)) and by e-mail

☒ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 1, 2008, at Costa Mesa, California.

_____
Ann Dufour

8626180

PROOF OF SERVICE

# SERVICE LIST

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115<br>(619) 634-3566 | Plaintiff, Pro Se |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900<br>(619) 557-5600 | Courtesy Copy |

8626180

- 2 -

PROOF OF SERVICE