**EXHIBIT C2**



C2



**Apollo Group, Inc.**

Apollo Group, Inc.
College for Financial Planning
Institute for Professional Development, Inc.
University of Phoenix, Inc.
Western International University, Inc.

# ANNUAL EMPLOYEE PERFORMANCE EVALUATION

**Employee's Name:** Chad McKinney
**Position Title:** Enrollment Counselor
**Department:** San Diego-Uop-Recruitment
**Location:** San-Uop-Scal-Sd Main Campus
**Evaluation Period:** October 1, 2006 to March 31, 2007

## Goals Evaluation

**Prior Period's Goals** — **Results**

1) Plans and Organizes work to complete objectives (Enrollments) GOAL: 24 — **Not Met.** RESULT: Unsat (8) ACTUALS: 7 (7)
2) Uses creativity in pursuing new ideas: Referrals GOAL: 48 — **Met.** RESULT: M-2 (60) ACTUALS: 60 (60)
3) Is conscientious in use of company resources (Retention) GOAL: 8 — **Not Met.** RESULT: Unsat (3) ACTUALS: 3 (3)
4) Is motivated to achieve results independently: Consistency of Monthly Performance GOAL: 6 — **Not Met.** RESULT: Unsat (0) ACTUALS: 0 (0)
5) Uses sound judgment in making decisions GOAL: M-1 — **Not Met.** RESULT: R-2
6) Is timely in making decisions (Customer Service Time): Includes Phone Time and Face to Face Appointment Time GOAL: M-1 — **Not Met.** RESULT: R-2
7) Analyzes consequences / effects of decisions GOAL: M-1 — **Not Met.** RESULT: R-2
8) Demonstrates effective problem solving skills GOAL: M-1 — **Not Met.** RESULT: Unsat
9) Communicates effectively oral GOAL: M-1 — **Met.** RESULT: M-1
10) Communicates effectively written GOAL: M-1 — **Not Met.** RESULT: R-1
11) Contributes worthwhile information during meetings GOAL: M-1 — **Not Met.** RESULT: R-2
12) Informs supervisor and affected personnel of status of current assignments GOAL: M-1 — **Not Met.** RESULT: R-2
13) Shows flexibility by accepting new ideas GOAL: M-1 — **Met.** RESULT: M-1
14) Shows flexibility by profiting from constructive feedback GOAL: M-1 — **Met.** RESULT: M-1
15) Establishes and promotes constructive working relationships GOAL: M-1 — **Met.** RESULT: M-1
16) Communicates professional development plans to manager and obtains proper approval to participate — **Met.** RESULT: M-1

C2

    in opportunities GOAL: M-1

17) Satisfies professional development guidelines as tied to job classification and company goals GOAL: M-1  **Met.** RESULT: M-1

18) Applies and utilizes new knowledge, skills or abilities gained from learning opportunities into daily work assignments to improve individual productivity GOAL: M-1  **Met.** RESULT: M-1

19) Interacts cooperatively and constructively with all internal and external customers GOAL: M-1  **Met.** RESULT: M-1

20) Demonstrates tact and diplomacy when involved in problem-solving customer relations GOAL: M-1  **Met.** RESULT: M-1

21) Demonstrates a willingness to build rapport with all difficult customers GOAL: M-1  **Not Met.** RESULT: R-2

22) Conveys a positive attitude toward fellow employees and, whenever possible, assists them in their work GOAL: M-1  **Met.** RESULT: C-2

23) Maintains a professional, competent demeanor with individuals outside the company GOAL: M-1  **Met.** RESULT: M-1

## Next Period Goals

Next Period Goals are stored and maintained in the Total Success Review system.

## Overall Performance Evaluation

**Overall Performance Rating:** Requires Improvement

## Performance Plan

**Performance Plan Period:** October 1, 2006 to March 31, 2007

| Performance Area | Performance Goal | Management Assistance | Review Date |
|---|---|---|---|
| Job Performance | Goal is to use company resources and plan and organize work to complete objectives. | One on one training and coaching. | May 14, 2007 |

Evaluation was prepared by: *Mechelle Bonilla*   May 11, 2007

[Print] [Close]