**EXHIBIT D**



# APOLLO GROUP, INC.

UNIVERSITY OF PHOENIX
INSTITUTE FOR PROFESSIONAL DEVELOPMENT
COLLEGE FOR FINANCIAL PLANNING
WESTERN INTERNATIONAL UNIVERSITY

June 14, 2007

Chad McKinney
6266 Madeline St. #61
San Diego, CA 92115

Dear Mr. McKinney,

Thank you for bringing your workplace concerns to our attention. The Apollo Group, Inc., of which the University of Phoenix is a subsidiary, is committed to ensuring that the established employment policies and practices are applied consistently. Apollo Group, Inc. will be investigating your complaint based on the allegations brought forth in your fax dated June 11, 2007. I will be contacting you at a later time to discuss the findings. In the event that you have any questions or further concerns, please feel free to contact me at (480) 557-1086.

Sincerely,

April Alcorn
Employee Relations Administrator
Apollo Human Resources