**EXHIBIT E**



# APOLLO GROUP, INC.

UNIVERSITY OF PHOENIX
INSTITUTE FOR PROFESSIONAL DEVELOPMENT
COLLEGE FOR FINANCIAL PLANNING
WESTERN INTERNATIONAL UNIVERSITY

July 17, 2007

Chad McKinney
6266 Madeline St. #61
San Diego, CA  92115

Dear Mr. McKinney,

Our records indicate that you have not reported to work since Friday, July 13, 2007.  Your failure to report to work has resulted in you being on an unauthorized leave of absence.  Therefore, we expect you will return to work no later than Thursday, July 19, 2007 at your regularly scheduled work time.  Failure to report to work by the designated date will leave us no other alternative but to accept your voluntary resignation.

If you have any questions, please do not hesitate to contact me at (480) 557-1086.

Sincerely,

April Alcorn
Employee Relations Consultant
Apollo Group, Inc.