**EXHIBIT G**

**Apollo Group, Inc.**

Dear former Apollo Group, Inc. employee:

As a result of your employment and/or Group Life Insurance coverage ending, you may be eligible to continue your Group Life Insurance policy on an individual premium basis. In order for you to take advantage of this opportunity, Standard Insurance Company must receive an application and premium payment from you within **45 days** of your Group Life Insurance coverage ending or reducing.

For information on conversion and portability, please refer to the Group Life Certificate of Insurance at **www.standard.com/mybenefits/apollo** or call 800.239.6989, option 3.

SI 12734-644016 (12/05)

Apollo Group, Inc.
Mail Stop: AA-A301
4635 E. Elwood Street
Phoenix, AZ 85040

Chad David Mckinney
#61
6266 Madeline St.
San Diego CA 92115

Hasler
016H2651/4965
$00.260
Mailed From 97230
08/13/2007
US POSTAGE