**EXHIBIT H**

H

## Chad McKinney

**From:** April Alcorn
**Sent:** Thursday, June 07, 2007 3:45 PM
**To:** Chad McKinney
**Subject:** RE: FWW/DML Chad McKinney

Chad,

If you have workplace concerns you would like to bring forward, please feel free to contact me.

*Thank you!*
*April*

---

**From:** Mechelle Bonilla
**Sent:** Thursday, June 07, 2007 3:43 PM
**To:** April Alcorn
**Cc:** Chad McKinney; Mechelle Bonilla
**Subject:** FWW/DML Chad McKinney

Hi April,

I have approached Chad again today, June 7, 2007 to have him sign the final written warning, he has again refused to sign it. Kyan Flynn, my director will be at the campus later today to be of witness to his refusal.

Chad has also requested that I inform HR that he will "sign a voluntary resignation that will hold UOP and all affiliates harmless from any claims that he might have with the condition of a four month's pay severance package. Consultation has advised Chad to offer the prior statement versus taking legal action based upon prior ethical discrepancies he has with UOP".

Please let me know how to handle the situation from this point forward. Thank you.

**MECHELLE BONILLA,** Enrollment Manager
University of Phoenix | Axia College of University of Phoenix
San Diego Campus | 1230 Columbia Street, Ste 870 | San Diego, CA 92101
phone (858) 576-1287 ext 34514 fax (858) 966-1269 | mechelle.bonilla@phoenix.edu


Click here to enroll for an Associates Degree!

Click here to enroll for Bachelor and Master Degrees!

Click Here for Financial Aid Pin Number

Catalog

6/7/2007