**EXHIBIT J**

# 2007 W-2 and EARNINGS SUMMARY

**Employee Reference Copy**

## W-2 Wage and Tax Statement 2007
OMB No. 1545-0008
Copy C for employee's records.

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 107201 74/UPX | U03L9E | T | 22760 |

**Employer's name, address, and ZIP code**
UNIVERSITY OF PHOENIX INC
4615 E ELWOOD
PHOENIX AZ 85040-1958

Batch #01364

**Employee's name, address, and ZIP code**
CHAD DAVID MCKINNEY
6266 MADELINE ST.
#61
SAN DIEGO, CA 92115

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 94-2473210 | 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 |
| 1 Wages, tips, other comp. 15616.05 | 2 Federal income tax withheld 1987.19 |
| 3 Social security wages 15616.05 | 4 Social security tax withheld 968.20 |
| 5 Medicare wages and tips 15616.05 | 6 Medicare tax withheld 226.43 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other 93.70 SDI | 12b / 12c / 12d |
|  | 13 Stat emp. Ret. plan 3rd party sick pay |
| 15 State CA Employer's state ID no. 280-0427 3 | 16 State wages, tips, etc. 15616.05 |
| 17 State income tax 362.42 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2007 pay stub plus any adjustments submitted by your employer.**

| | | | |
|---|---|---|---|
| Gross Pay | 16207.55 | Social Security Tax Withheld Box 4 of W-2 | 968.20 |
| Fed. Income Tax Withheld Box 2 of W-2 | 1987.19 | Medicare Tax Withheld Box 6 of W-2 | 226.43 |
| CA. State Income Tax Box 17 of W-2 | 362.42 | SUI/SDI Box 14 of W-2 | 93.70 |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 16,207.55 | 16,207.55 | 16,207.55 | 16,207.55 |
| Less Other Cafe 125 | 591.50 | 591.50 | 591.50 | 591.50 |
| Reported W-2 Wages | 15,616.05 | 15,616.05 | 15,616.05 | 15,616.05 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

CHAD DAVID MCKINNEY
6266 MADELINE ST.
#61
SAN DIEGO, CA 92115

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE: 1

© 2007 ADP, INC.

--- Fold and Detach Here ---

**Federal Filing Copy — W-2 Wage and Tax Statement 2007**
Copy B to be filed with employee's Federal Income Tax Return. OMB No. 1545-0008

| 1 Wages, tips, other comp. 15616.05 | 2 Federal income tax withheld 1987.19 |
|---|---|
| 3 Social security wages 15616.05 | 4 Social security tax withheld 968.20 |
| 5 Medicare wages and tips 15616.05 | 6 Medicare tax withheld 226.43 |
| d Control number 107201 74/UPX | Dept. U03L9E | Corp. T | Employer use only 22760 |

Employer's name, address, and ZIP code:
UNIVERSITY OF PHOENIX INC
4615 E ELWOOD
PHOENIX AZ 85040-1958

| b Employer's FED ID number 94-2473210 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other 93.70 SDI | 12b / 12c / 12d |
|  | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code:
CHAD DAVID MCKINNEY
6266 MADELINE ST.
#61
SAN DIEGO, CA 92115

| 15 State CA Employer's state ID no. 280-0427 3 | 16 State wages, tips, etc. 15616.05 |
| 17 State income tax 362.42 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

**CA. State Reference Copy — W-2 Wage and Tax Statement 2007**
Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

| 1 Wages, tips, other comp. 15616.05 | 2 Federal income tax withheld 1987.19 |
|---|---|
| 3 Social security wages 15616.05 | 4 Social security tax withheld 968.20 |
| 5 Medicare wages and tips 15616.05 | 6 Medicare tax withheld 226.43 |
| d Control number 107201 74/UPX | Dept. U03L9E | Corp. T | Employer use only 22760 |

Employer's name, address, and ZIP code:
UNIVERSITY OF PHOENIX INC
4615 E ELWOOD
PHOENIX AZ 85040-1958

| b Employer's FED ID number 94-2473210 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 93.70 CA SDI | 12b / 12c / 12d |
|  | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code:
CHAD DAVID MCKINNEY
6266 MADELINE ST.
#61
SAN DIEGO, CA 92115

| 15 State CA Employer's state ID no. 280-0427 3 | 16 State wages, tips, etc. 15616.05 |
| 17 State income tax 362.42 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

**CA. State Filing Copy — W-2 Wage and Tax Statement 2007**
Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

| 1 Wages, tips, other comp. 15616.05 | 2 Federal income tax withheld 1987.19 |
|---|---|
| 3 Social security wages 15616.05 | 4 Social security tax withheld 968.20 |
| 5 Medicare wages and tips 15616.05 | 6 Medicare tax withheld 226.43 |
| d Control number 107201 74/UPX | Dept. U03L9E | Corp. T | Employer use only 22760 |

Employer's name, address, and ZIP code:
UNIVERSITY OF PHOENIX INC
4615 E ELWOOD
PHOENIX AZ 85040-1958

| b Employer's FED ID number 94-2473210 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other 93.70 CA SDI | 12b / 12c / 12d |
|  | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code:
CHAD DAVID MCKINNEY
6266 MADELINE ST.
#61
SAN DIEGO, CA 92115

| 15 State CA Employer's state ID no. 280-0427 3 | 16 State wages, tips, etc. 15616.05 |
| 17 State income tax 362.42 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |