**EXHIBIT L**

### Chad McKinney

**From:** Office of the Chairman
**Sent:** Tuesday, June 19, 2007 3:00 PM
**To:** DG Broadcast - All; EXCHANGE USERS - CORP4615
**Subject:** Welcome to Gregory Cappelli

In April, Gregory Cappelli joined the Company as Executive Vice President of Global Strategy and Assistant to the Executive Chairman. He will be engaged in our global strategy, M & A and corporate development, and will oversee Apollo Group's international expansion.

Greg has extensive experience in the for-profit education sector where he has been a managing director at Credit Suisse and a leading senior research analyst and we are fortunate to have his considerable talents now devoted to Apollo Group.

In addition to our existing international team, Greg has brought on two new individuals to work in these areas. Please welcome Jeff Langenbach, Vice President, Corporate Development and Chris Nyren, Director, Corporate Development. Providing assistance to them in their Chicago office is Michelle Salzmann.

John G. Sperling,

Executive Chairman, Apollo Group

6/19/2007