**EXHIBIT M**

M

# Welcome to Apollo Group, Inc.

Skip navigation.

## Officers and Directors

The following individuals make up Apollo Group, Inc. Executive Officers and Board of Directors. More information about the Executive Officers is available from their biography; select the link from their name or title. Our directors serve three year terms, with three directors elected each year by the holders of our Apollo Education Group Class B common stock.

## CORPORATE INFORMATION

- About Apollo Group
- History
- Officers and Directors
- Careers
- Vendor Opportunities

## INVESTOR RELATIONS

- Annual Reports
- Corporate Governance
- Email Alerts
- Investor FAQs
- Legal Information Center
- News Releases
- Presentations & Transcripts
- SEC Filings
- Shareholder Information

- Contact Us
- Trademark Usage
- Privacy Policy
- Site Map

© 2004, Apollo Group, Inc.
All rights reserved.

### Executive Officers


Dr. John G. Sperling
Acting Executive Chairman of the Board
Apollo Group, Inc.


Gregory W. Cappelli
Director, Executive Vice President, Global Strategy and Assistant to the Executive Chairman
Apollo Group, Inc.


Brian Mueller
President and Director
Apollo Group, Inc.


Joe D'Amico
Executive Vice President, Chief Financial Officer and Treasurer
Apollo Group, Inc.


Stan Meyer
Executive Vice President of Marketing and Enrollment
Apollo Group, Inc.


P. Robert Moya
Senior Vice President, General Counsel and Secretary
Apollo Group, Inc.


Terri Bishop
Chief Communication Officer and Senior Vice President
Apollo Group, Inc.


Joe Mildenhall
Chief Information Officer
Apollo Group, Inc.


Diane Thompson
Chief Human Resources Officer
Apollo Group, Inc.


Brian Swartz
Senior Vice President, Finance and Chief Accounting Officer
Apollo Group, Inc.

M


Larry Fleischer
Vice President of Finance
Apollo Group, Inc.


Dr. William J. Pepicello
President
University of Phoenix


Dianne Pusch
Executive Vice President
University of Phoenix


Vince Grell
Executive Vice President
University of Phoenix


Dr. Adam Honea
Provost and SVP,
Academic Affairs
University of Phoenix


Jorge Klor de Alva
SVP, Academic Excellence and Director of
University of Phoenix National Resource Center

Top of Page

## Board of Directors

**Dr. John G. Sperling** is the founder of Apollo Group, Inc. Dr. Sperling was appointed Acting Executive Chairman of the Board in January of 2006. Dr. Sperling was the Chairman of the Board of Directors from its inception until June 2004, was President of Apollo Group, Inc. until February 1998 and Chief Executive Officer of Apollo Group, Inc. until August 2001. Prior to his involvement with Apollo Group, Inc., from 1961 to 1973, Dr. Sperling was a professor of Humanities at San Jose State University where he was the Director of the Right to Read Project and the Director of the NSF Cooperative College-School Science Program in Economics. At various times from 1955 to 1961, Dr. Sperling was a member of the faculty at the University of Maryland, Ohio State University, and Northern Illinois University. Dr. Sperling received his Ph.D. from Cambridge University, an M.A. from the University of California at Berkeley, and a B.A. from Reed College. Dr. Sperling is the father of Peter V. Sperling.

**Gregory W. Cappelli** has been the Executive Vice President of Global Strategy and Assistant to the Executive Chairman since April 2007 and a member of the Board of Directors since June 2007. Before joining Apollo Group, Mr. Cappelli spent 10 years as a research analyst for Credit Suisse, where he most recently served as Managing Director and Senior Research Analyst and founded the Credit Suisse Global Services Teams. Before joining Credit Suisse, Mr. Cappelli was Vice President and Senior Research Analyst with ABN AMRO. He holds his Bachelor of Arts in Economics from Indiana University and his Master of Business Administration from the Brennan School of Business at Dominican

University.

**Dino J. DeConcini** has been has been Lead Independent Director of Apollo Group, Inc. since December 2007 and a member of the Board since 1981. Mr. DeConcini is also the Chairman of the Nominating and Governance committee. He is also a member of the Audit Committee and the Compensation Committee of the Board of Directors of Apollo Group, Inc. From 1993 to 1995 and from 2002 to date, Mr. DeConcini was a Vice President and Senior Associate of Project International, Inc., an international business consulting firm. From 2000 to 2002, Mr. DeConcini was the Director of Financial Education at Consumer Federation of America. From 1995 to 2000, Mr. DeConcini was the Executive Director, Savings Bonds Marketing Office, U.S. Department of the Treasury. From 1979 to 1995, Mr. DeConcini was a shareholder and employee in DeConcini, McDonald, Brammer, Yetwin and Lacy, P.C., Attorneys at Law. From 1991 to 1993 and 1980 to 1990, Mr. DeConcini was a Vice President and partner of Paul R. Gibson & Associates, an international business consulting firm.

**Dr. Roy A. Herberger, Jr.**, has been a director of Apollo Group, Inc. since 2007 and is the Chairman of the Compensation Committee. Dr. Herberger is currently President Emeritus of Thunderbird, School of Global Management. He served as the school's President from 1989 until 2004. From 1982 until 1989, he served as Dean of the Edwin L. Cox School of Business as Southern Methodist University. He previously served as Associate Dean for Academic Affairs at the Graduate School of Business at the University of Southern California (USC) and Director of International Business Education and Research Program, also at USC. Dr..Herberger, Jr. is currently a director at Pinnacle West Capital Corporation, Eco2 Recycling Products, MedAire and the Mayo Clinic. Dr. Herberger, Jr. holds a bachelor’s degree in Business and a master of arts degree in Communication from the University of Texas, Austin. He also holds a doctoral degree in Business from the University of Colorado, Boulder.

**Dr. Ann Kirshner** has been a director of Apollo Group, Inc. since November 2007 and is a member of the Compensation Committee. Dr. Kirshner is President of Comma International, a consulting firm specializing in education, media and technology, and has been University Dean of Macaulay Honors College of The City University of New York since 2006. Dr. Kirschner began her career as a lecturer in Victorian literature at Princeton University and has written and edited for CBS and the New York Times, as well as for educational and trade publishers. She was the assistant director for English programs at the Modern Language Association, and assistant to the director of the Berg Collection of Rare Books and Manuscripts at the New York Public Library. She has received grants from the Texas Committee for the Humanities for a study on Ph.D.s in business and from the Lucius M. Littauer Foundation for a book on the Holocaust. A Whiting Fellow in the Humanities, she received her Ph.D. in English literature from Princeton University, an M.A. from the University of Virginia and a B.A.



from the State University of New York at Buffalo.

**Brian Mueller** has been with the Company since 1987. Mr. Mueller became President of Apollo Group, Inc. in January 2006 and a member of the Board in March 2006. Mr. Mueller held the title of Chief Operating Officer of Apollo Group, Inc. in December 2005. Mr. Mueller held the position of chief Executive Officer of University of Phoenix's online campus from March 2002 to November 2005 and Chief Operating Officer and Sr. Vice President of University of Phoenix's online campus from May 1997 to March 2002. Mr. Mueller has served as VP/Campus Director at University of Phoenix, San Diego, from 1995 to 1997. From 1993 to 1995 he was Vice President/Director of the New Mexico Campus and from 1990 to 1993 he was Director of Enrollment for the University of Phoenix, Phoenix Campus. Prior to that, he was an Enrollment Advisor at the Phoenix Campus. From 1983 to 1987, Mr. Mueller was a Professor for Concordia University. Mr. Mueller received his M.A.E.d. and B.A. in Education from Concordia University.

**K. Sue Redman** has been a director of Apollo Group, Inc. since December 2006 and is the Chairperson of the Audit Committee. Ms. Redman is also a member of the Compensation Committee of the Board of Directors of Apollo Group, Inc. From 2004 to date, Ms. Redman was the Senior Vice President and Chief Financial Officer of Texas A&M University. From 1999 to 2004, Ms. Redman was a Vice President and Corporate Controller at AdvancePCS. From 1980 to 1999, Ms. Redman held various positions, most notably as an Assurance/Business Advisory Services partner with PricewaterhouseCoopers LLP where she provided accounting and consulting services to both public and private companies in a variety of industries. Ms. Redman earned a Bachelor of Business Administration in accounting from Texas A&M University and is a Certified Public Accountant in Texas, Arizona and California.

**James R. Reis** has been director of the Company since January 2007 and is a member of its Audit Committee. Mr. Reis has served as Executive Vice President of GAINSCO, INC. since 2005. Since 2001, Mr. Reis has performed merchant banking and management consulting services through First Western Capital, LLC, of which he is the founder, managing director and owner, and through which he provided consulting services to a subsidiary of GAINSCO, INC. from 2003 to 2005. Mr. Reis served as vice chairman of ING Pilgrim Capital Corporation, an asset management company, which he co-founded, from 1989 to 2000 when it was acquired by ING Groep, N.V. Mr. Reis received his B.S. from St. John Fisher College in Rochester, New York and is an inactive Certified Public Accountant.

**Peter V. Sperling** has been with Apollo Group, Inc. since 1983. Mr. Sperling was appointed Vice Chairman of the Board of



Directors in December 2007. Mr. Sperling has been a Senior Vice President since June 1998. Mr. Sperling was Secretary from June 2006 to December 2007 and Treasurer from December 2006 to December 2007. Mr. Sperling was the Vice President of Administration from 1992 to June 1998 and the Secretary and Treasurer of Apollo Group, Inc. from 1988 to February 2003. From 1987 to 1992, Mr. Sperling was the Director of Operations at Apollo Education Corporation. From 1983 to 1987, Mr. Sperling was Director of Management Information Services of Apollo Group, Inc. Mr. Sperling received his M.B.A. from University of Phoenix and his B.A. from the University of California at Santa Barbara. Mr. Sperling is the son of John G. Sperling.

**George Zimmer** has been a director of Apollo Group, Inc. since June 2006 and is a member of the Nominating and Governance Committee of the Board of Directors of Apollo Group, Inc. Mr. Zimmer is the founder, CEO and Chairman of Men's Wearhouse, Inc. Zimmer is currently co-chair of the board of the Institute of Noetic Sciences, and serves on several advisory boards including The Boys & Girls Club of Oakland, California, and the World Business Academy of Ojai, California. Zimmer received a Bachelor's degree in Economics from Washington University.

Top of Page