**EXHIBIT N**

1  Chad McKinney
   Pro Se
2  6266 Madeline St Apt #61
   San Diego, CA 92115
3  619-634-3566

4  **THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

5                                                    )   CIV. Case No.07-cv-2373
       CHAD MCKINNEY, an individual,                 )
6                                                    )   FOR VIOLATION OF FEDERAL
                                                     )   FALSE CLAIMS ACT AND FOR
7                                                    )   VIOLATION OF THE
                                                     )   THE CIVIL RIGHTS ACT 1964 AND
8                                                    )    THE AMENDMENTS TO TITLE
                                                     )   VII OF THE CIVIL RIGHTS ACT OF
9                                                    )    1991
                                                     )
10                    Plaintiff,                     )
                                                     )
11                                                   )   RETALIATION- WRONGFUL
                                                     )   TERMINATION &
12                                                   )   EMPLOYENT DISCRIMINATION
                                                     )        CIVIL ACTION
13                                                   )
                                                     )
14  v.                                               )
                                                     )
15  APOLLO GROUP INC., UNIVERSITY OF                 )   **Declaration of R.T. Hansell in Support of**
                                                     )   **Plaintiff's Motion for Default Judgment**
16  PHOENIX , a Corporation, MECHELLE                )
    BONILLA, an Enrollment Manager at                )   Date:  April 7, 2008
17  UNIVERSITY OF PHOENIX, KYAN                      )   Time:  11:00 a.m.
    FLYNN, Director of Enrollment at                 )   Courtroom:  4
18  UNIVERSITY OF PHOENIX, APRIL                     )   Judge:  Hon. William Q. Hayes
    ALCORN, an Employee Relations                    )
19  Consultant at UNIVERSITY OF PHOENIX              )      Demand for Trial by Jury Pursuant
    CARLYN LINDSTEN, Associate Director of           )      to U.S. Constitution, 7th Amendment
20  Enrollment at UNIVERSITY OF PHOENIX              )
                                                     )      March 27, 2008
21                                                   )
                    Defendants                       )
22

23

24

## DECLARATION OF R.T. HANSELL IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

I, Bob Hansell, declare as follows:

1.      I am over the age of 18. I am currently employed as a County Process Server at San Diego Service of Process, LLC in the city of San Diego. On January 31, 2008, I was, and currently am, bonded and registered in and for the County of San Diego.

2.      On the 31st of January, 2008, according to Federal Rules of Civil Procedure 4(e)(1) I properly served Apollo Group, Inc., and the University of Phoenix.

3.      At the time of service, Ellen Bowens declared herself to be an Administrator and the only person available. Ellen Bowens, who is actually an Operations Manager for the University of Phoenix, a wholly owned subsidiary of Apollo Group, Inc. refused to cooperate and produce the defendant employees for personal service, or any other person to accept for the defendant companies. Substitute service was then effected.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 24, 2008

R.T. Hansell, RPS #351

2