Chad McKinney
Pro Se
6266 Madeline St Apt #61
San Diego, CA 92115
619-634-3566

**THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

March 31, 2008

<u>**BY HAND DELIVERY**</u>

The Honorable Judge William Q. Hayes
Referred to: Magistrate Judge Cathy Ann Bencivengo
330 West Broadway, San Diego
CA 92101-3827

Re: McKinney v. Apollo Group Inc., *et al*
Civil Action 07-cv-2373

Dear Judge Hayes,

Enclosed is a courtesy copy of the Plaintiff's Motion in Opposition to Defendant's Document Entitled: "Apollo Group, Inc.'s Opposition to Plaintiff's Motion for Clerk's Entry of Default" and appendices that was hand delivered with the Clerk today.

Respectfully,

Chad McKinney, Pro Se

Cc: Apollo Group, Inc.

1

# CERTIFICATE OF SERVICE

I, Chad McKinney, hereby certify that on, March 31st, 2008, I served copies of the Plaintiff's Motion to the Court on the following parties by way of United States Postal Service First Class Priority Mail:

Snell & Wilmer L.L.P.
Attention of: Nathan W. Hicks
600 Anton Boulevard, Suite 1400.
Costa Mesa, CA 92626

03/31/2008
Date

Chad McKinney

The United States District Court Southern District of California