**EXHIBIT C2**





**Apollo Group, Inc.**

Apollo Group, Inc.
College for Financial Planning
Institute for Professional Development, Inc.
University of Phoenix, Inc.
Western International University, Inc.

# ANNUAL EMPLOYEE PERFORMANCE EVALUATION

**Employee's Name:** Chad McKinney
**Position Title:** Enrollment Counselor
**Department:** San Diego-Uop-Recruitment
**Location:** San-Uop-Scal-Sd Main Campus
**Evaluation Period:** October 1, 2006 to March 31, 2007

## Goals Evaluation

| Prior Period's Goals | Results |
|---|---|
| 1) Plans and Organizes work to complete objectives (Enrollments) GOAL: 24 | **Not Met.** RESULT: Unsat (8) ACTUALS: 7 (7) |
| 2) Uses creativity in pursuing new ideas: Referrals GOAL: 48 | **Met.** RESULT: M-2 (60) ACTUALS: 60 (60) |
| 3) Is conscientious in use of company resources (Retention) GOAL: 8 | **Not Met.** RESULT: Unsat (3) ACTUALS: 3 (3) |
| 4) Is motivated to achieve results independently: Consistency of Monthly Performance GOAL: 6 | **Not Met.** RESULT: Unsat (0) ACTUALS: 0 (0) |
| 5) Uses sound judgment in making decisions GOAL: M-1 | **Not Met.** RESULT: R-2 |
| 6) Is timely in making decisions (Customer Service Time): Includes Phone Time and Face to Face Appointment Time GOAL: M-1 | **Not Met.** RESULT: R-2 |
| 7) Analyzes consequences / effects of decisions GOAL: M-1 | **Not Met.** RESULT: R-2 |
| 8) Demonstrates effective problem solving skills GOAL: M-1 | **Not Met.** RESULT: Unsat |
| 9) Communicates effectively oral GOAL: M-1 | **Met.** RESULT: M-1 |
| 10) Communicates effectively written GOAL: M-1 | **Not Met.** RESULT: R-1 |
| 11) Contributes worthwhile information during meetings GOAL: M-1 | **Not Met.** RESULT: R-2 |
| 12) Informs supervisor and affected personnel of status of current assignments GOAL: M-1 | **Not Met.** RESULT: R-2 |
| 13) Shows flexibility by accepting new ideas GOAL: M-1 | **Met.** RESULT: M-1 |
| 14) Shows flexibility by profiting from constructive feedback GOAL: M-1 | **Met.** RESULT: M-1 |
| 15) Establishes and promotes constructive working relationships GOAL: M-1 | **Met.** RESULT: M-1 |
| 16) Communicates professional development plans to manager and obtains proper approval to participate | **Met.** RESULT: M-1 |

in opportunities GOAL: M-1

| | |
|---|---|
| 17) Satisfies professional development guidelines as tied to job classification and company goals GOAL: M-1 | Met. RESULT: M-1 |
| 18) Applies and utilizes new knowledge, skills or abilities gained from learning opportunities into daily work assignments to improve individual productivity GOAL: M-1 | Met. RESULT: M-1 |
| 19) Interacts cooperatively and constructively with all internal and external customers GOAL: M-1 | Met. RESULT: M-1 |
| 20) Demonstrates tact and diplomacy when involved in problem-solving customer relations GOAL: M-1 | Met. RESULT: M-1 |
| 21) Demonstrates a willingness to build rapport with all difficult customers GOAL: M-1 | Not Met. RESULT: R-2 |
| 22) Conveys a positive attitude toward fellow employees and, whenever possible, assists them in their work GOAL: M-1 | Met. RESULT: C-2 |
| 23) Maintains a professional, competent demeanor with individuals outside the company GOAL: M-1 | Met. RESULT: M-1 |

### Next Period Goals

Next Period Goals are stored and maintained in the Total Success Review system.

### Overall Performance Evaluation

**Overall Performance Rating:** Requires Improvement

### Performance Plan

**Performance Plan Period:** October 1, 2006 to March 31, 2007

| Performance Area | Performance Goal | Management Assistance | Review Date |
|---|---|---|---|
| Job Performance | Goal is to use company resources and plan and organize work to complete objectives. | One on one training and coaching. | May 14, 2007 |

Evaluation was prepared by: *Mechelle Bonilla*                              May 11, 2007

