1  Chad McKinney
   Pro Se
2  6266 Madeline St Apt #61
   San Diego, CA 92115
3  619-634-3566

4  **THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

5

6  **April 2, 2008**

7  **BY HAND DELIVERY**

8

9  The Honorable Judge William Q. Hayes
   Referred to: Magistrate Judge Cathy Ann Bencivengo
   330 West Broadway, San Diego
10 CA 92101-3827

11
   Re: McKinney v. Apollo Group Inc., *et al*
12 Civil Action 07-cv-2373

13
   Dear Judge Hayes,
14
   Enclosed is a courtesy copy of the Plaintiff's Motion in Opposition to Defendant's Document Entitled:
15 "Kyan Flynn, Mechelle Bonilla, and Carlyn Lindsten's Opposition to Plaintiff's Motion for Clerk's
   Entry of Default" and appendices that was hand delivered with the Clerk today.
16

17
   Respectfully,
18

19 *[signature]*
   Chad McKinney, Pro Se
20
   Cc: Apollo Group, Inc.
21

22

23

24

                                                                                                    1

# CERTIFICATE OF SERVICE

I, Chad McKinney, hereby certify that on, April 2nd, 2008, I served copies of the Plaintiff's Motion to the Court on the following parties by way of United States Postal Service First Class Priority Mail:

Snell & Wilmer L.L.P.
Attention of: Nathan W. Hicks
600 Anton Boulevard, Suite 1400.
Costa Mesa, CA 92626

4/02/08
Date

Chad McKinney

The United States District Court Southern District of California