Christy D. Joseph (#136785)
Nathan W. Hicks (#236269)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendant Apollo Group, Inc.

# UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD MCKINNEY, an individual, | CASE NO. 07-CV-2373 WQH CAB |
| Plaintiff, | **APOLLO GROUP, INC.'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT** |
| v. | |
| APOLLO GROUP, INC., UNIVERSITY OF PHOENIX, a Corporation, MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employees Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX, | **[FRCP 12(b)(2); 12(b)(5); 12(b)(6); 12(e).]**<br><br>Date: April 7, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: Hon. William Q. Hayes |
| Defendants. | DATE OF FILING: December 19, 2007 |

1  Defendant Apollo Group, Inc., ("Apollo") (erroneously sued as Apollo
2  Group, Inc., University of Phoenix, a Corporation), through undersigned counsel
3  Snell & Wilmer L.L.P., hereby submits this Notice of Non-Opposition to its Motion
4  to Dismiss plaintiff Chad McKinney's ("McKinney") Complaint, Or in the
5  Alternative, For More Definite Statement ("Motion to Dismiss"), stating as follows:
6      1.    Apollo filed and served its Motion to Dismiss on March 7, 2008.
7      2.    Pursuant to Local Civil Rule 7.1e 2, the last day for McKinney to file
8  and serve an opposition to Apollo's Motion to Dismiss was March 24, 2008.
9      3.    As of today, McKinney has wholly failed to respond or otherwise
10 object to Apollo's Motion to Dismiss.
11     4.    Pursuant to Local Civil Rule 7.1 f 3 c, and based on the foregoing,
12 Apollo respectfully requests the Court grant its Motion to Dismiss against
13 McKinney.

Date: May 8, 2008                                        SNELL & WILMER L.L.P.


                                                         By: __s/Nathan W. Hicks_____
                                                             Christy Joseph
                                                             Nathan W. Hicks
                                                             Attorneys for Apollo Group, Inc.

8778947

**Snell & Wilmer**
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

# PROOF OF SERVICE

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On May 8, 2008, I served, in the manner indicated below, the foregoing document described as **APOLLO GROUP, INC.'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Please See Attached Service List**

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)) and by e-mail

☒ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 8, 2008, at Costa Mesa, California.

*/s/ Anh Dufour*
Anh Dufour

8626180

PROOF OF SERVICE

## SERVICE LIST

### McKinney v. Apollo Group, Inc., et al.
### USDC, Southern – Case No. 07-CV-2373

| | |
|---|---|
| Chad McKinney<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115 | Plaintiff, Pro Se<br><br>Tel: (619) 634-3566 |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900 | Courtesy Copy<br><br>Tel: (619) 557-5600 |

8626180

PROOF OF SERVICE