1  Christy D. Joseph (#136785)
   Nathan W. Hicks (#236269)
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, CA  92626-7689
   Telephone: (714) 427-7000
4  Facsimile: (714) 427-7799

5

   Attorneys for Mechelle Bonilla, Kyan Flynn
6  and Carlyn Lindsten

7

8        UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

9                                CALIFORNIA

10

11 CHAD MCKINNEY, an individual,          CASE NO. 07-CV-2373 WQH CAB

12              Plaintiff,                 **DEFENDANT MECHELLE
                                          BONILLA, KYAN FLYNN AND
13 v.                                      CARLYN LINDSTEN'S NOTICE OF
                                          NON-OPPOSITION TO MOTION
14 APOLLO GROUP, INC.,                     TO DISMISS PLAINTIFF'S
   UNIVERSITY OF PHOENIX, a               COMPLAINT, OR, IN THE
15 Corporation, MECHELLE                   ALTERNATIVE, MOTION FOR
   BONILLA, an Enrollment Manager         MORE DEFINITE STATEMENT
16 at UNIVERSITY OF PHOENIX,               AND MOTION TO SET ASIDE
   KYAN  FLYNN, Director of                ENTRY OF DEFAULT**
17 Enrollment at UNIVERSITY OF
   PHOENIX, APRIL ALCORN, an              **[FRCP 12(b)(2); 12(b)(5); 12(b)(6);
18 Employees Relations Consultant at      12(e); 55(c).]**
   UNIVERSITY OF PHOENIX,
19 CARLYN LINDSTEN, Associate             Date:  April 21, 2008
   Director of Enrollment at              Time: 11:00 a.m.
20 UNIVERSITY OF PHOENIX,                  Courtroom:  4
                                          Judge:  Hon. William Q. Hayes
21              Defendants.

22

23                                        DATE OF FILING:  December 19, 2007

24

25

26

27

28

        NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS AND MOTION TO SET ASIDE

**Snell & Wilmer**
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

Defendants Kyan Flynn, Mechelle Bonilla and Carlyn Lindsten (the "Individual Defendants") through undersigned counsel Snell & Wilmer L.L.P., hereby submit this Notice of Non-Opposition to their Motion to Dismiss plaintiff Chad McKinney's ("McKinney") Complaint, Or in the Alternative, For More Definite Statement ("Motion to Dismiss"), and Motion to Set Aside Entry of Default ("Motion to Set Aside") stating as follows:

1.     The Individual Defendants filed and served their Motion to Dismiss and Motion to Set Aside on March 20, 2008.

2.     Pursuant to Local Civil Rule 7.1e 2, the last day for McKinney to file and serve any opposition to these motions was April 7, 2008.

3.     As of today, McKinney has wholly failed to respond or otherwise object to the Individual Defendants' Motion to Dismiss or Motion to Set Aside.

4.     Pursuant to Local Civil Rule 7.1 f 3 c, and based on the foregoing, the Individual Defendants respectfully request the Court grant their Motion to Dismiss and Motion to Set Aside against McKinney.

Date: May 8, 2008                          SNELL & WILMER L.L.P.


By:__s/Nathan W. Hicks_____
     Christy Joseph
     Nathan W. Hicks
     Attorneys for Mechelle Bonilla,
     Kyan Flynn and Carlyn Lindsten

8779003

- 2 -

NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS AND MOTION TO SET ASIDE

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

**PROOF OF SERVICE**

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On May 8, 2008, I served, in the manner indicated below, the foregoing document described as **DEFENDANT MECHELLE BONILLA, KYAN FLYNN AND CARLYN LINDSTEN'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO SET ASIDE ENTRY OF DEFAULT** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Please See Attached Service List**

☐    BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐    BY FACSIMILE: (C.C.P. § 1013(e)(f)) and by e-mail

☒    BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐    BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 8, 2008, at Costa Mesa, California.

_____
Ann Dufour

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8626180

PROOF OF SERVICE

## SERVICE LIST

### McKinney v. Apollo Group, Inc., et al.
### USDC, Southern – Case No. 07-CV-2373

| | |
|---|---|
| Chad McKinney<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115 | Plaintiff, Pro Se<br><br>Tel: (619) 634-3566 |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900 | Courtesy Copy<br><br>Tel: (619) 557-5600 |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8626180

PROOF OF SERVICE