Christy D. Joseph (#136785)
Nathan W. Hicks (#236269)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendant University of Phoenix, Inc.

UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| CHAD MCKINNEY, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>APOLLO GROUP, INC., UNIVERSITY OF PHOENIX, a Corporation, MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employees Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX<br><br>　　　　　Defendants | CASE NO. 07-CV-2373 WQH CAB<br><br>**DEFENDANT UNIVERSITY OF PHOENIX, INC.'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>**[FRCP 12(b)(2); 12(b)(5); 12(b)(6); 12(e); 55(c).]**<br><br>Date: May 12, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: Hon. William Q. Hayes<br><br><br>DATE OF FILING: December 19, 2007 |

NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS AND MOTION TO SET ASIDE

Defendant, University of Phoenix, Inc. ("UOP"), through undersigned counsel Snell & Wilmer L.L.P., hereby submits this Notice of Non-Opposition to their Motion to Dismiss plaintiff Chad McKinney's ("McKinney") Complaint, Or in the Alternative, For More Definite Statement ("Motion to Dismiss"), and Motion to Set Aside Entry of Default ("Motion to Set Aside") stating as follows:

1. UOP filed and served its Motion to Dismiss on March 31, 2008, and its Motion to Set Aside on April 1, 2008.

2. Pursuant to Local Civil Rule 7.1e 2, the last day for McKinney to file and serve any opposition to these motions was April 28, 2008.

3. As of today, McKinney has wholly failed to respond or otherwise object to UOP's Motion to Dismiss or Motion to Set Aside.

4. Pursuant to Local Civil Rule 7.1 f 3 c, and based on the foregoing, UOP respectfully requests the Court grant its Motion to Dismiss and Motion to Set Aside against McKinney.

Date: May 8, 2008                                    SNELL & WILMER L.L.P.

                                                     By:  s/Nathan W. Hicks
                                                         Christy Joseph
                                                         Nathan W. Hicks
                                                         Attorneys for University of
                                                         Phoenix., Inc.

8779067

# PROOF OF SERVICE

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On May 8, 2008, I served, in the manner indicated below, the foregoing document described as **DEFENDANT UNIVERSITY OF PHOENIX, INC.'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO SET ASIDE ENTRY OF DEFAULT** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Please See Attached Service List**

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)) and by e-mail

☒ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 8, 2008, at Costa Mesa, California.

*Anh Dufour*

8626180

PROOF OF SERVICE

## SERVICE LIST

### McKinney v. Apollo Group, Inc., et al.
### USDC, Southern – Case No. 07-CV-2373

| | |
|---|---|
| Chad McKinney<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115 | Plaintiff, Pro Se<br><br>Tel: (619) 634-3566 |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900 | Courtesy Copy<br><br>Tel: (619) 557-5600 |

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8626180

PROOF OF SERVICE