1  Christy D. Joseph (#136785)
   Nathan W. Hicks (#236269)
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, CA 92626-7689
   Telephone: (714) 427-7000
4  Facsimile: (714) 427-7799

5
   Attorneys for Defendant April Alcorn
6

7

8              UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

9                                       CALIFORNIA

10

11 | CHAD MCKINNEY, an individual, | CASE NO. 07-CV-2373 WQH CAB |

12 | Plaintiff, | **DEFENDANT APRIL ALCORN'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO SET ASIDE ENTRY OF DEFAULT** |
13 | v. |
14 | APOLLO GROUP, INC., UNIVERSITY OF PHOENIX, a Corporation, MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employees Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX | |

[FRCP 12(b)(2); 12(b)(5); 12(b)(6); 12(e); 55(c).]

Date: May 12, 2008
Time: 11:00 a.m.
Courtroom: 4
Judge: Hon. William Q. Hayes

Defendants

DATE OF FILING: December 19, 2007

Defendant, April Alcorn ("Alcorn"), through undersigned counsel Snell & Wilmer L.L.P., hereby submits this Notice of Non-Opposition to her Motion to Dismiss plaintiff Chad McKinney's ("McKinney") Complaint, Or in the Alternative, For More Definite Statement ("Motion to Dismiss"), and Motion to Set Aside Entry of Default ("Motion to Set Aside") stating as follows:

1. Alcorn filed and served her Motion to Dismiss and Motion to Set Aside on April 1, 2008.

2. Pursuant to Local Civil Rule 7.1e 2, the last day for McKinney to file and serve any opposition to these motions was April 28, 2008.

3. As of today, McKinney has wholly failed to respond or otherwise object to Alcorn's Motion to Dismiss or Motion to Set Aside.

4. Pursuant to Local Civil Rule 7.1 f 3 c, and based on the foregoing, Alcorn respectfully requests the Court grant her Motion to Dismiss and Motion to Set Aside against McKinney.

Date: May 8, 2008                                         SNELL & WILMER L.L.P.

By:__s/Nathan W. Hicks_____
Christy Joseph
Nathan W. Hicks
Attorneys for April Alcorn

8779080

## PROOF OF SERVICE

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On May 8, 2008, I served, in the manner indicated below, the foregoing document described as **DEFENDANT APRIL ALCORN'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO SET ASIDE ENTRY OF DEFAULT** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Please See Attached Service List**

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)) and by e-mail

☒ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 8, 2008, at Costa Mesa, California.

_____
Anh Dufour

8626180

PROOF OF SERVICE

## SERVICE LIST

### McKinney v. Apollo Group, Inc., et al.
### USDC, Southern – Case No. 07-CV-2373

| | |
|---|---|
| Chad McKinney<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115 | Plaintiff, Pro Se<br><br>Tel: (619) 634-3566 |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900 | Courtesy Copy<br><br>Tel: (619) 557-5600 |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8626180

PROOF OF SERVICE