1  Christy D. Joseph (#136785)
   Nathan W. Hicks (#236269)
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, CA 92626-7689
   Telephone: (714) 427-7000
4  Facsimile: (714) 427-7799

Attorneys for Defendants

UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| CHAD MCKINNEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GROUP, INC., UNIVERSITY OF PHOENIX, a Corporation, MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employees Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX<br><br>Defendants | CASE NO. 07-CV-2373 WQH CAB<br><br>**DEFENDANT UNIVERSITY OF PHOENIX, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE THE DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO SET ASIDE ENTRY OF DEFAULT; DECLARATION OF ANH DUFOUR**<br><br>[FRCP 12(b)(2); 12(b)(5); 12(b)(6); 12(e); 55(c).]<br><br>Date: May 12, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: Hon. William Q. Hayes<br><br>DATE OF FILING: December 19, 2007 |

8789749

OPPOSITION TO MOTION TO STRIKE DEFENDANTS' NOTICE OF NON-OPPOSITION

Plaintiff Chad McKinney ("McKinney") has filed a motion to strike Apollo Group, Inc.'s ("Apollo") notice of non-opposition to defendants' motion to dismiss plaintiff's complaint, or in the alternative, motion for more definite statement ("Motion to Dismiss") under the sole contention that he did not receive "all of the documentation necessary to successfully defend himself." However, not only does McKinney fail to state what documentation he allegedly did not receive but the focus of his motion is an irrelevant diatribe about his alleged previous failure to receive one page of a document and his belief that defendants' counsel is engaging in a deceptive strategy. In fact, Apollo properly sent the Motion to Dismiss in order to effectuate service and McKinney in fact received the Motion to Dismiss. What McKinney appears to have failed to realize is that Apollo served McKinney with its Motion to Dismiss in the same package as its Opposition to Plaintiff's Motion for Clerk's Entry of Default and its Motion to Set Aside Entry of Default, which McKinney has already replied to and opposed respectively and which he has never alleged he did not receive, thereby making it impossible that McKinney did not also receive the Motion to Dismiss.

## I.

## APOLLO PROPERLY EFFECTUATED SERVICE

On March 7, 2008, Apollo filed and served its Motion to Dismiss by Federal Express on McKinney at the address provided by McKinney and listed in the caption, 6266 Madeline Street, Apartment #61, San Diego, California 92115. [Declaration of Anh Dufour, ¶ 2, Ex. 1.] The document was picked up by Federal Express at 600 Anton Boulevard, Costa Mesa, California 92626. [Id.] The Federal Express package containing the Motion to Dismiss was delivered to McKinney's address and left at his front door on March 10, 2008. [Declaration of Anh Dufour, ¶ 3, Ex. 2.] Pursuant to Federal Rules of Civil Procedure, Rule 5(b)(2)(C), service is established by mailing the document to the person's last known address, in which

1  The document was picked up by Federal Express at 600 Anton Boulevard, Costa
2  Mesa, California 92626. [Declaration of Anh Dufour, ¶ 4, Ex. 3.] The Federal
3  Express package containing the Motion to Dismiss was delivered to McKinney's
4  address and left at his front door on April 2, 2008. [Declaration of Anh Dufour, ¶
5  5, Ex. 4.] Both Motions were served in the same exact manner. [Declaration of
6  Anh Dufour, ¶¶ 2, 4.] Pursuant to Federal Rules of Civil Procedure, Rule
7  5(b)(2)(C), service is established by mailing the document to the person's last
8  known address, in which event service is complete upon mailing. UOP served
9  McKinney with its Motion to Dismiss by sending the Motion by express mail to
10 McKinney's last known address and thus service was properly effectuated.

## II.

## MCKINNEY ACTUALLY RECEIVED THE MOTIONS

While it appears to be McKinney's "Affidavit that he never received [the Motions]," UOP served in the same Federal Express package as the Motion to Set Aside its Opposition to Plaintiff's Motion for Clerk's Entry of Default which McKinney clearly received as he filed his Reply to UOP's Opposition to Motion for Clerk's Entry of Default on May 7, 2008. [See Declaration of Anh Dufour, ¶ 4, Ex. 3.] As such, despite his affidavit to the contrary, McKinney received the Motion to Set Aside on April 2, 2008 and in all likelihood received the Motion to Dismiss on April 1, 2008 as it was served in the same exact manner and to the same address as the Motion to Set Aside.

Date: May 15, 2008                                SNELL & WILMER L.L.P.


                                                  By:  s/Nathan W. Hicks
                                                       Christy Joseph
                                                       Nathan W. Hicks
                                                       Attorneys for Defendants

8789749                                - 3 -

OPPOSITION TO MOTION TO STRIKE DEFENDANTS' NOTICE OF NON-OPPOSITION

<u>Declaration of Anh Dufour</u>

I, Anh Dufour, declare:

1. I am over the age of 18 and the secretary to Nathan W. Hicks at the law firm of Snell & Wilmer L.L.P., attorneys of record in this matter for defendants ("Defendants"). Except where indicated, I state the following of my own knowledge and if called upon to do so could testify competently to the following.

2. On March 31, 2008, I sent by Federal Express University of Phoenix, Inc.'s ("UOP") Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Motion for More Definite Statement to plaintiff Chad McKinney at his residence, 6266 Madeline St., Apartment #61, San Diego, California 92115. A true a correct copy of the proof of service for the Motion to Dismiss is attached hereto as Exhibit 1.

3. On May 13, 2008, I accessed the Federal Express tracking system online and checked the tracking number for the Motion to Dismiss. Pursuant to the Federal Express tracking, the Federal Express package containing UOP's Motion to Dismiss arrived at McKinney's address and was left at his door on April 1, 2008. A true and correct copy of the Federal Express Tracking Statement regarding the Motion to Dismiss is attached hereto as Exhibit 2.

4. On April 1, 2008, I sent by Federal Express UOP's Motion to Set Aside Entry of Default, and UOP's Opposition to Plaintiff's Motion for Clerk's Entry of Default to plaintiff Chad McKinney at his residence, 6266 Madeline St., Apartment #61, San Diego, California 92115. I sent both of these documents together in one package to plaintiff Chad McKinney. A true a correct copy of the proofs of service for the Motion to Set Aside Entry of Default and Opposition to Plaintiff's Motion for Clerk's Entry of Default are attached hereto as Exhibit 3.

3. On May 13, 2008, I accessed the Federal Express tracking system online and checked the tracking number for UOP's Motion to Set Aside Entry of Default, and Opposition to Plaintiff's Motion for Clerk's Entry of Default.

- 4 -

Pursuant to the Federal Express tracking, the Federal Express package containing Apollo Group, Inc.'s UOP's Motion to Set Aside Entry of Default, and Opposition to Plaintiff's Motion for Clerk's Entry of Default arrived at McKinney's address and were left at his door on April 2, 2008. A true and correct copy of the Federal Express Tracking Statement regarding UOP's Motion to Set Aside Entry of Default, and Opposition to Plaintiff's Motion for Clerk's Entry of Default is attached hereto as Exhibit 4.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 15, 2008

Anh Dufour

**EXHIBIT 1**

## PROOF OF SERVICE

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On March 31, 2008, I served, in the manner indicated below, the foregoing document described as

**UNIVERSITY OF PHOENIX, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Please See Attached Service List**

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)) and by e-mail

☒ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 31, 2008, at Costa Mesa, California.

Anh Dufour

8626180

PROOF OF SERVICE

## SERVICE LIST

### McKinney v. Apollo Group, Inc., et al.
### USDC, Southern – Case No. 07-CV-2373

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115<br>(619) 634-3566 | Plaintiff, Pro Se |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900<br>(619) 557-5600 | Courtesy Copy |

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

**EXHIBIT 2**

FedEx

Close Window

**Track Shipments/FedEx Kinko's Orders**
## Detailed Results

 Print

| | | | |
|---|---|---|---|
| **Tracking number** | 792674932719 | **Reference** | 11127.9331 |
| **Signed for by** | Signature release on file | **Destination** | San Diego, CA |
| **Ship date** | Mar 31, 2008 | **Delivered to** | Residence |
| **Delivery date** | Apr 1, 2008 9:59 AM | **Service type** | Priority Pak |
| | | **Weight** | 5.0 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | No | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Apr 1, 2008** | 9:59 AM | **Delivered** | San Diego, CA | Left at front door. Package delivered to recipient address - release authorized |
| | 8:05 AM | On FedEx vehicle for delivery | SAN DIEGO, CA | |
| | 7:06 AM | At local FedEx facility | SAN DIEGO, CA | |
| | 4:49 AM | At dest sort facility | SAN DIEGO, CA | |
| **Mar 31, 2008** | 8:04 PM | Left origin | IRVINE, CA | |
| | 6:34 PM | Package data transmitted to FedEx | | |
| | 5:41 PM | Picked up | IRVINE, CA | |

[ E-mail results ]   [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

**Your name:** [          ]     **Your e-mail address:** [          ]

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

**Select format:** ◉ HTML  ○ Text  ○ Wireless
**Add personal message:**
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit

**EXHIBIT 3**

## PROOF OF SERVICE

### McKinney v. Apollo Group, Inc., et al.
### USDC, Southern – Case No. 07-CV-2373

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On April 1, 2008, I served, in the manner indicated below, the foregoing document described as

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST THE UNIVERSITY OF PHOENIX, INC.**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Please See Attached Service List**

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)) and by e-mail

☒ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 1, 2008, at Costa Mesa, California.

_____
Anh Dufour

PROOF OF SERVICE

## SERVICE LIST

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115<br>(619) 634-3566 | Plaintiff, Pro Se |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900<br>(619) 557-5600 | Courtesy Copy |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8626180

- 2 -

PROOF OF SERVICE

# PROOF OF SERVICE

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On April 1, 2008, I served, in the manner indicated below, the foregoing document described as

**DEFENDANT THE UNIVERSITY OF PHOENIX, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Please See Attached Service List**

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)) and by e-mail

☒ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 1, 2008, at Costa Mesa, California.

Anh Dufour

8626180

PROOF OF SERVICE

## SERVICE LIST

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

| | |
|---|---|
| Chad McKinney<br>Pro Se<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115<br>(619) 634-3566 | Plaintiff, Pro Se |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900<br>(619) 557-5600 | Courtesy Copy |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

8626180

PROOF OF SERVICE

**EXHIBIT 4**



**Close Window**

## Track Shipments/FedEx Kinko's Orders
### Detailed Results

🖨 **Print**

| | | | |
|---|---|---|---|
| **Tracking number** | 799829625120 | **Reference** | 11127-9331 |
| **Signed for by** | Signature release on file | **Destination** | SAN DIEGO, CA |
| **Ship date** | Apr 1, 2008 | **Delivered to** | Residence |
| **Delivery date** | Apr 2, 2008 9:43 AM | **Service type** | Priority Overnight |
| | | **Weight** | 1.0 lbs. |

**Status** Delivered

**Signature image available** No

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Apr 2, 2008 | 9:43 AM | Delivered | SAN DIEGO, CA | Left at front door. Package delivered to recipient address - release authorized |
| | 8:27 AM | On FedEx vehicle for delivery | SAN DIEGO, CA | |
| | 7:54 AM | At local FedEx facility | SAN DIEGO, CA | |
| Apr 1, 2008 | 8:01 PM | Left origin | IRVINE, CA | |
| | 5:38 PM | Picked up | IRVINE, CA | |
| | 3:24 PM | Package data transmitted to FedEx | | |

[ E-mail results ]   [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

**Your name:** _____   **Your e-mail address:** _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ⦿ HTML  ◯ Text  ◯ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these **Terms and Conditions**    Submit

https://www.fedex.com/Tracking?action=track&    5/13/2008

# PROOF OF SERVICE

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On May 15, 2008, I served, in the manner indicated below, the foregoing document described as **DEFENDANT UNIVERSITY OF PHOENIX, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE THE DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO SET ASIDE ENTRY OF DEFAULT; DECLARATION OF ANH DUFOUR** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| Chad McKinney<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115 | Plaintiff, Pro Se<br><br>Tel: (619) 634-3566 |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900 | Courtesy Copy<br><br>Tel: (619) 557-5600 |

I am employed in the office of a member of the bar of this court at whose direction the service was made.

☒ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)). TRACKING #7998 5466 7334

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 15, 2008, at Costa Mesa, California.

_____
Anh Dufour

8626180