AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

THE UNITED STATES DISTRICT COURT SOUTHERN    District of    California

FILED
2008 AUG 26  PM 12: 08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Chad McKinney, Pro Se

V.

APOLLO GROUP INC., UNIVERSITY OF PHOENIX, a Corporation, , MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employee Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

'07 CV 2373 WQH CAB

TO: (Name and address of Defendant)

Apollo Group, Inc.
CSC Lawyers, Inc. — Agent of Service
2730 Gateway Oaks Dr. suite 100
Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Chad McKinney, Pro Se
6266 Madeline Street Apt. No. 61
San Diego, Ca 92115-5630

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.                                    JAN 1 5 2008

CLERK                                                     DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 07 CV2373

AFFIDAVIT OF SERVICE

**CHAD MCKINNEY, PRO SE**

    Plaintiff/Petitioner,

vs.

**APOLLO GROUP, INC., et al.**

    Defendant/Respondent.

_____/

Received by **Advanced Legal Service** on **08/21/2008** at **12:55 PM** to be served upon:

**APOLLO GROUP, INCORPORATED**

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO      ss.

I, **JOHN E. ARNOLD**, depose and say that:

I am over the age of 18 years and not a party to this action.

On **08/21/2008** at **01:20 PM**, I served the within **SUMMONS; COMPLAINT; CIVIL COVER SHEET** on **APOLLO GROUP, INCORPORATED** at **2730 GATEWAY OAKS DRIVE, SUITE 100**, Sacramento, CA 95833 in the manner indicated below:

By delivering a true copy of this process to **CSC LAWYERS INC. –AGENT FOR SERVICE, BY SERVING BECKY DEGEORGE–Authorized to Accept** of the above named corporation and informing him/her of the contents.

I declare under penalties of perjury under the laws of the state of California that the foregoing is true and correct.

X_____  AUG 2 1 2008
JOHN E. ARNOLD - 2003-10 (Sacramento)
Advanced Legal Service
Advanced Legal Service   816 H Street, Suite 207
Sacramento, CA  95814
916.446-2051
Atty File#:   - Our File# **11242**

## CERTIFICATE OF SERVICE

I, Chad McKinney, hereby certify that on, August 26th, 2008, I served copies of the Plaintiff's Proof of Service of Process, a courtesy copy of the original complaint, and appendices to the Court and on the defendant parties by way of United States Postal Service First Class Priority Mail:

Snell & Wilmer L.L.P.
Attention of: Nathan W. Hicks
600 Anton Boulevard, Suite 1400.
Costa Mesa, CA 92626

_08/26/08_
Date

_Chad McKinney_ (signature)
Chad McKinney

The United States District Court Southern District of California

Chad McKinney
Pro Se
6266 Madeline St Apt #61
San Diego, CA 92115
619-634-3566

**THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

August 26th, 2008

<u>BY HAND DELIVERY</u>

The Honorable Judge William Q. Hayes
Referred to: Magistrate Judge Cathy Ann Bencivengo
330 West Broadway, San Diego
CA 92101-3827

Re: McKinney v. Apollo Group Inc., *et al*
Civil Action 07-cv-2373

Dear Judge Hayes,

Enclosed is a courtesy copy of the Plaintiff's Proof of Service of Process, a courtesy copy of the original complaint, and appendices that was hand delivered with the Clerk today.

Respectfully,

*[signature]*
Chad McKinney, Pro Se

Cc: Apollo Group, Inc.

1