Christy D. Joseph (#136785)
cjoseph@swlaw.com
Nathan W. Hicks (#236269)
nhicks@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for April Alcorn

UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| CHAD MCKINNEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GROUP, INC., UNIVERSITY OF PHOENIX, a Corporation, MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employees Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX<br><br>Defendants | CASE NO. 07-CV-2373 WQH CAB<br><br>**DECLARATION OF APRIL ALCORN**<br><br>Date: October 20, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: Hon. William Q. Hayes<br><br>DATE OF FILING: December 19, 2007 |

\HICKSN\SWDMS\8688266

USDC-SOUTHERN DISTRICT CALIFORNIA
CASE NO. 07-CV-2373 WQH CAB
DECLARATION OF APRIL ALCORN

I, April Alcorn, declare as follows:

1. I am over the age of 18. I am currently employed at Apollo Group, Inc. ("Apollo") as a Senior Employee Relations Consultant. In that capacity, I conduct investigations regarding employment issues and policy concerns. My work address is 4025 S. Riverpoint Parkway, Phoenix, Arizona 85040. I have been employed with Apollo since November 2005. I am a United States citizen and have maintained my residence in the state of Arizona for approximately the last four years. Unless otherwise indicated, I state the following based on my own personal knowledge.

2. I was never personally served with any legal document regarding this matter, nor have I been made aware of any attempts to be personally served with legal documents in this matter. Further, no one has informed me that they have accepted any legal documents in this matter on my behalf.

3. On August 29, 2008, I received a copy of a summons and complaint in my work mailbox at UOP wherein it appears that I am named in a lawsuit filed by Chad McKinney ("McKinney"). A true and correct copy of the McKinney summons and complaint that was in my work mailbox is attached as Ex. 1. Apparently, the McKinney summons and complaint was sent by U.S. Priority Mail with a signature received requirement. A true and correct copy of the envelope that the McKinney summons and complaint was in is attached as Ex. 2. The McKinney summons and complaint was already in my work mailbox and I did not provide my signature to receive the envelope or its contents.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2008

_____
April Alcorn

\HICKSN\SWDMS\8688266        - 2 -        USDC-SOUTHERN DISTRICT CALIFORNIA
                                          CASE NO. 07-CV-2373 WQH CAB
                       DECLARATION OF APRIL ALCORN

# PROOF OF SERVICE

**McKinney v. Apollo Group, Inc., et al.**
USDC, Southern – Case No. 07-CV-2373

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On September 9, 2008, I served, in the manner indicated below, the foregoing document described as **DECLARATION OF APRIL ALCORN** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| Chad McKinney<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115 | Plaintiff, Pro Se<br>Tel: (619) 634-3566<br><br>TRACKING # 798508102292 |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900 | Courtesy Copy<br>Tel: (619) 557-5600<br><br>TRACKING # 792104054237 |

I am employed in the office of a member of the bar of this court at whose direction the service was made.

☒   BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 9, 2008, at Costa Mesa, California.

*/s/ Anh Dufour*
Anh Dufour

8626180