Christy D. Joseph (#136785)
cjoseph@swlaw.com
Nathan W. Hicks (#236269)
nhicks@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendants Kyan Flynn,
Mechelle Bonilla and Carlyn Lindsten

UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| CHAD MCKINNEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GROUP, INC., UNIVERSITY OF PHOENIX, a Corporation, MECHELLE BONILLA, an Enrollment Manager at UNIVERSITY OF PHOENIX, KYAN FLYNN, Director of Enrollment at UNIVERSITY OF PHOENIX, APRIL ALCORN, an Employees Relations Consultant at UNIVERSITY OF PHOENIX, CARLYN LINDSTEN, Associate Director of Enrollment at UNIVERSITY OF PHOENIX<br><br>Defendants | CASE NO. 07-CV-2373 WQH CAB<br><br>**DECLARATION OF NATHAN W. HICKS IN SUPPORT OF KYAN FLYNN, MECHELLE BONILLA AND CARLYN LINDSTEN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**<br><br>[FRCP 12(b)(2); 12(b)(5); 12(b)(6); 12(e).]<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br><br>Date: October 20, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4<br>Judge: Hon. William Q. Hayes<br><br>DATE OF FILING: December 19, 2007 |

I, Nathan W. Hicks, declare and state as follows:

1.  I am an attorney licensed to practice law before all courts of the State of California and I am a member of the law firm of Snell & Wilmer, attorneys of record for defendants Kyan Flynn, Mechelle Bonilla and Carlyn Lindsten (the "Individual Defendants") in this matter. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness, I could competently testify to them.

2.  On July 22, 2008, the Court issued an order (the "Order") setting aside plaintiff Chad McKinney's ("McKinney") entry of default against Alcorn and requiring him to re-serve all of the named defendants in this matter or, alternatively obtain a waiver of service from all of the named defendants in this matter. A true and correct copy of the Order is attached as Ex. 1.

3.  On August 1, 2008, I sent McKinney a letter notifying him of the Order and inquiring if it was intent to obtain a waiver of service from the defendants and to contact me about this issue. A true and correct copy of the August 1, 2008, correspondence I sent to McKinney is attached as Ex. 2. I did not receive a response from McKinney regarding this issue.

4.  On or about October 18, 2007, plaintiff, Chad McKinney ("McKinney"), filed a Notice of Charge of Discrimination ("Charge") with the Equal Employment Opportunity Commission ("EEOC") alleging Apollo Group, Inc. engaged in retaliation against him in violation of Title VII of the Civil Rights Act of 1964, as amended. On November 9, 2007, the EEOC sent a Dismissal and Notice of Rights in response to McKinney's Charge. True and correct copies of

1  McKinney's Charge and the EEOC's Notice of Dismissal as obtained from the
2  EEOC are attached as Exs. 3 and 4.
3
4  I declare under penalty of perjury under the laws of the State of California
5  that the foregoing is true and correct.
6
7
Dated: September 9, 2008                    s/Nathan Hicks
8                                           Nathan W. Hicks
9
10
11  \HICKSN\SWDMS\9095229

# PROOF OF SERVICE

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On September 9, 2008, I served, in the manner indicated below, the foregoing document described as **DECLARATION OF NATHAN W. HICKS IN SUPPORT OF KYAN FLYNN, MECHELLE BONILLA AND CARLYN LINDSTEN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| Chad McKinney<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115 | Plaintiff, Pro Se<br>Tel: (619) 634-3566<br><br>TRACKING # 798508102292 |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900 | Courtesy Copy<br>Tel: (619) 557-5600<br><br>TRACKING # 792104054237 |

I am employed in the office of a member of the bar of this court at whose direction the service was made.

☒   BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 9, 2008, at Costa Mesa, California.

*/s/ Anh Dufour*
Anh Dufour

8626180

PROOF OF SERVICE