1  Christy D. Joseph (#136785)
   cjoseph@swlaw.com
2  Nathan W. Hicks (#236269)
   nhicks@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
4  Costa Mesa, CA 92626-7689
   Telephone: (714) 427-7000
5  Facsimile: (714) 427-7799

6

7  Attorneys for Defendants

8           UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF

9                                  CALIFORNIA

10

11 | CHAD MCKINNEY, an individual,      | CASE NO. 07-CV-2373 WQH CAB
12 |                Plaintiff,           |
13 | v.                                  | **DECLARATION OF KYAN FLYNN**
14 | APOLLO GROUP, INC.,                 |
   | UNIVERSITY OF PHOENIX, a            |
15 | Corporation, MECHELLE               |
   | BONILLA, an Enrollment Manager      | Date: October 20, 2008
16 | at UNIVERSITY OF PHOENIX,           | Time: 11:00 a.m.
   | KYAN FLYNN, Director of             | Courtroom: 4
17 | Enrollment at UNIVERSITY OF         | Judge: Hon. William Q. Hayes
   | PHOENIX, APRIL ALCORN, an           |
18 | Employees Relations Consultant at   | DATE OF FILING: December 19, 2007
   | UNIVERSITY OF PHOENIX,              |
19 | CARLYN LINDSTEN, Associate          |
   | Director of Enrollment at           |
20 | UNIVERSITY OF PHOENIX               |
21 |                Defendants           |

\HICKSN\SWDMS\8638729

USDC-SOUTHERN DISTRICT CALIFORNIA
CASE NO. 07-CV-2373 WQH CAB
DECLARATION OF KYAN FLYNN

I, Kyan Flynn, declare as follows:

1. I am over the age of 18. I am currently employed at the University of Phoenix, Inc. ("UOP") as the Director of Enrollment for its San Diego Campus, Kearny Mesa Learning Center. In that capacity, I deliver new student enrollment plans as set forth by UOP. I have been in this position since June 2006. Unless otherwise indicated, I state the following based on my own personal knowledge.

2. I was never personally served with any legal document regarding this matter, nor have I been made aware of any attempts to be personally served with legal documents in this matter. Further, no one has informed me that they have accepted any legal documents in this matter on my behalf.

3. On August 27, 2008, I received a copy of a summons and complaint in my work mailbox at UOP wherein it appears that I am named in a lawsuit filed by Chad McKinney ("McKinney"). A true and correct copy of the McKinney summons and complaint that was in my work mailbox is attached as Ex. 1. Apparently, the McKinney summons and complaint was sent by U.S. Priority Mail with a signature received requirement. A true and correct copy of the envelope that the McKinney summons and complaint was in is attached as Ex. 2. The McKinney summons and complaint was already in my work mailbox and I did not provide my signature to receive the envelope or its contents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 4, 2008

Kyan Flynn

- 2 -     USDC-SOUTHERN DISTRICT CALIFORNIA
          CASE NO. 07-CV-2373 WQH CAB
DECLARATION OF KYAN FLYNN

# PROOF OF SERVICE

**McKinney v. Apollo Group, Inc., et al.**
**USDC, Southern – Case No. 07-CV-2373**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On September 9, 2008, I served, in the manner indicated below, the foregoing document described as **DECLARATION OF KYAN FLYNN** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| Chad McKinney<br>6266 Madeline Street, Apt. #61<br>San Diego, CA 92115 | Plaintiff, Pro Se<br>Tel: (619) 634-3566<br><br>TRACKING # 798508102292 |
| United States District Court<br>Attention: Hon. Judge William Q. Hayes<br>Courtroom 4<br>940 Front Street, Room 4290<br>San Diego, CA 92101-8900 | Courtesy Copy<br>Tel: (619) 557-5600<br><br>TRACKING # 792104054237 |

I am employed in the office of a member of the bar of this court at whose direction the service was made.

☒   BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 9, 2008, at Costa Mesa, California.

_____
Anh Dufour

8626180